JENNIFER STEEVE (CSB #308082)
RILEY SAFER HOLMES & CANCILA LLP
100 Spectrum Center Drive, Ste 440
Irvine, CA  92618
Email:          jsteeve@rshc-law.com
Telephone:     (949) 359-5515
Facsimile:     (949) 359-5501

Attorneys for Defendant
PACIFIC INVESTMENT MANAGEMENT
COMPANY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN IVAN KOCAK, | Case No. 20-cv-01141 |
| Plaintiff, | **DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(c) (FEDERAL QUESTION)** |
| v. | |
| PETER C. DEDDEH; MICHAEL RODDY; CDCR SECRETARY – RALPH DIAZ; ATLANTIC FINANCIAL; PACIFIC INVESTMENT MANAGEMENT COMPANY; and DOES 1-10, | |
| Defendants. | |

**TO THE CLERK AND THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE THAT Defendant PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ("PIMCO" or "Defendant") hereby gives notice of removal of the above-entitled civil action from the Superior Court of the State of California, County of Orange, to the United States District Court, Central District of California.  Removal of this case is authorized under 28 U.S.C. § 1441(c), based upon the following facts:

**PROCEDURAL HISTORY**

1.      On or about September 16, 2019, Plaintiff John Ivan Kocak commenced an action in the San Diego Superior Court against Judge Peter C. Deddeh and Clerk of the Court Michael Roddy.  A true and correct copy of the original complaint is attached hereto as **Exhibit A**.  The

- 1 -

case was then transferred to the Orange County Superior Court. Plaintiff then filed a First Amended Complaint via a form complaint on December 22, 2019, naming PIMCO, the California Department of Corrections (via its secretary Ralph Diaz), and Atlantic Financial as additional defendants. A true and correct copy of the complaint is attached hereto as **Exhibit B**.

2.      The First Amended Complaint—the operative complaint—alleges that the Orange County Superior Court has jurisdiction by virtue of 28 U.S.C. § 1333 (vesting jurisdiction in federal courts for admiralty cases) and § 1337 (vesting jurisdiction in federal courts for cases arising from federal legislation regulating commerce or federal antitrust laws). It seeks $7,680,000,000.00 ($7.68 billion) in damages. The form complaint identifies the following causes of action: General Negligence and "Securities Fraud/Illegal Formation of a Bond/Contract." Attachments to the form complaint appear to identify causes of action for General Negligence, Fraud, Identity Theft under Title 18 § 1028A(a)(1), violation of "Government Code 100," and violation of Section 10(b) of the Securities Act of 1933.

3.      With respect to PIMCO, the First Amended Complaint alleges that the Presiding Judge of San Diego County formed "BID BONDS, PERFORMANCE BONDS, SURETY BONDS which was sold to PACIFIC INVESTMENT MANAGEMENT COMPANY (PIMCO) all without Plaintiff Kocaks [sic] consent." Further, the Complaint alleges that "Defendants are guilty of possible Civil RICO violations for their engagement/creation of the Bond in Question," and that all Defendants' conduct generally violated the federal Securities Act.

4.      Defendants Deddeh, Roddy, and CDCR demurred to the First Amended Complaint. The demurrers were heard on June 19, 2020. The Orange County Superior Court, Judge Derek Hunt presiding, sustained these defendants' demurrers with 45 days leave to amend. (45 days from June 19, 2020, is August 3, 2020.) Thus, no operative complaint is currently pending as to Defendants Deddeh, Roddy, and CDCR.

5.      PIMCO was served with the First Amended Complaint on May 28, 2020. The First Amended Complaint remains an operative complaint as to PIMCO.

6.      On June 19, 2020, the Orange County Superior Court set an Order to Show Cause

- 2 -

hearing for Mr. Kocak to show why PIMCO should not be dismissed based upon Mr. Kocak's failure to file an appropriate proof of service of summons.

7.      PIMCO has not yet responded to the First Amended Complaint, and its time to do so has not yet expired.

## JURISDICTION

8.      This court has subject matter jurisdiction of this civil action pursuant to 28 U.S.C. § 1331 and § 1367(a). This Court has original jurisdiction over this civil action based on the federal questions raised by Plaintiff, and supplemental jurisdiction over the related state claims. Accordingly, this action is properly removable to federal Court pursuant to 28 U.S.C. § 1441(c).

9.      Specifically, Plaintiff alleges that PIMCO engaged in Securities Fraud in violation of 18 U.S.C. § 3301, and he alleges that subject matter jurisdiction is established in part under 28 U.S.C. § 1337 (vesting jurisdiction in federal courts for cases "raising under any Act of Congress regulating commerce or protecting trade and commerce against restraints and monopolies").

10.      Additionally, while Plaintiff does not include it as a named cause of action, he alleges within his Fraud allegation that "the Defendants are guilty of possible Civil RICO violations." This alleged violation of 18 U.S.C. §1962 further establishes this Court's jurisdiction.

11.      Plaintiff further alleges that this is a case "within the admiralty" and that jurisdiction also arises under 28 U.S.C. § 1333.

12.      Plaintiff further alleges a cause of action for identity theft under Title 18 § 1028A(a)(1),

13.      Plaintiff seeks $7,681,167,000.00 (seven billion, six hundred and eighty-one million, one hundred and sixty-seven thousand) in damages, satisfying the amount in controversy requirement.

14.      Based on the aforementioned federal claims, this Court also has supplemental jurisdiction over Plaintiff's state claims.

15.      All served defendants consent to this removal. !

16.      As shown herein, the requirements of 28 U.S.C. § 1331 and § 1367(a) are satisfied.

- 3 -

**TIMELINESS OF REMOVAL**

17.     Pursuant to 28 U.S.C. § 1446, PIMCO's Notice of Removal is timely because it is being filed within 30 days of service of the summons and complaint on PIMCO and within one year of the commencement of this action.  *See* 28 U.S.C. § 1441(c).

**SERVICE OF NOTICE OF REMOVAL ON STATE COURT**

18.     Promptly following the filing of this Notice of Removal in the United States District Court for the Central District of California, the undersigned will give Plaintiff written notice of such filing.  A true and correct copy of this notice form is attached hereto as **Exhibit C** (without attachments).  Written notice will also be filed with the Clerk of the Superior Court of the County of Orange.  A true and correct copy of this notice form is attached hereto as **Exhibit D** (without attachments).

WHEREFORE, Defendant Pacific Investment Management Company respectfully requests that this action now pending in the Superior Court of California, County of Orange, be removed to this Court, and that further proceedings in this action be conducted in this Court as provided by law.

Dated:  June 26, 2020                    Respectfully Submitted,

By: */s/ Jennifer Steeve*
      Jennifer Steeve
      Attorneys for Pacific Investment Management
      Company LLC

4844-7680-3521, v. 1

**PROOF OF SERVICE**

1

2   STATE OF CALIFORNIA, COUNTY OF ORANGE

3       I am employed in the County of Orange, State of California. I am over the age
    of 18 and not a party to the within action. My business address is: 100 Spectrum
4   Center Drive, Suite 440, Irvine, CA 92618.

5       On **June 26, 2020**, I caused the foregoing document(s) described as:
    **DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §
6   1441(c) (FEDERAL QUESTION)** to be served on all interested parties in this
    action  as follows:

7

| | |
|---|---|
| John Ivan Kocak<br>VSP-D1-8-2/K08836<br>P.O. Box 96<br>Chowchilla, CA 93610 | Plaintiff Pro Per<br>Phone: 831-585-7993 |
| BEST BEST & KRIEGER LLP<br>James B. Gilpin, Esq.<br>Matthew L. Green, Esq.<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101 | Attorneys for Defendants<br>Phone: 619-525-1300<br>Fax: 619-233-6118<br>Email: james.gilpin@bbklaw.com;<br>matthew.green@bbklaw.com |
| Xavier Becerra, Esq.<br>Michelle De Jardins, Esq.<br>Sylvie P. Snyder, Esq.<br>Dept. of Justice, Office of the Attorney<br>General<br>600 W. Broadway, Suite 1800<br>San Diego, CA  92101 | Attorneys for Defendant R.<br>Diaz/California Dept. of<br>Corrections and Rehabilitation<br>Phone: 619-738-9553<br>Email: Sylvie.Snyder@doj.ca.gov |

8
9
10
11
12
13
14
15
16
17
18
19

20       ☒ BY MAIL - As follows: I am "readily familiar" with the firm's practice of
    collection and processing correspondence for mailing. Under that practice it would
21   be deposited with U.S. Postal Service on that same day with postage thereon fully
    prepaid at Irvine, California in the ordinary course of business. I am aware that on
22   motion of the party served, service is presumed invalid if postal cancellation date or
    postage meter date is more than one day after date of deposit for mailing in affidavit.

23       ☒ FEDERAL - I declare that I am employed in the office of a member of the
24   bar of this Court at whose direction the service was made.

25       Executed on **June 26, 2020**, at Irvine, California.

26

27   ELAINE HELLWIG

28