# EXHIBIT A

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
John Ivan Kocak
VSP-D1-&-3/K08836
PO Box. 96
Chowchilla, Ca 93610
TELEPHONE NO: 831-585-7993 FAX NO. (Optional): N/A
E-MAIL ADDRESS (Optional): N/A
ATTORNEY FOR (Name): In Pro Per

FOR COURT USE ONLY

FILED
Clerk of the Superior Court
SEP 16 2019

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: San Diego, Ca
CITY AND ZIP CODE: 92101
BRANCH NAME: Civil - "WITHIN THE ADMIRALTY"

PLAINTIFF: John Ivan Kocak

DEFENDANT: Peter C. Deddeh; Michael Roddy

[XX] DOES 1 TO 10

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

[ ] AMENDED *(Number):*

Type *(check all that apply):*

[ ] MOTOR VEHICLE [XX] OTHER *(specify):* SECURITIES FRAUD/ ILLEGAL FORMATION OF A BOND/CONTRACT

[ ] Property Damage [ ] Wrongful Death

[XX] Personal Injury [XX] Other Damages *(specify):* MENTAL

Jurisdiction *(check all that apply):*

[ ] ACTION IS A LIMITED CIVIL CASE

Amount demanded [ ] does not exceed $10,000

[ ] exceeds $10,000, but does not exceed $25,000

[XX] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)

[ ] ACTION IS RECLASSIFIED by this amended complaint

[ ] from limited to unlimited

[ ] from unlimited to limited

CASE NUMBER: 37-2019-00048781-CU-SL-CTL

1. Plaintiff *(name or names):* John Ivan Kocak

alleges causes of action against defendant *(name or names):* Peter C. Deddeh; Michael Roddy

2. This pleading, including attachments and exhibits, consists of the following number of pages: (7)

3. Each plaintiff named above is a competent adult

a. [ ] except plaintiff *(name):*
   - (1) [ ] a corporation qualified to do business in California
   - (2) [ ] an unincorporated entity *(describe):*
   - (3) [ ] a public entity *(describe):*
   - (4) [ ] a minor [ ] an adult
     - (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
     - (b) [ ] other *(specify):*
   - (5) [ ] other *(specify):*

b. [ ] except plaintiff *(name):*
   - (1) [ ] a corporation qualified to do business in California
   - (2) [ ] an unincorporated entity *(describe):*
   - (3) [ ] a public entity *(describe):*
   - (4) [ ] a minor [ ] an adult
     - (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
     - (b) [ ] other *(specify):*
   - (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Page 1 of 3

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: John Ivan Kocak v. Peter C. Deddeh; Michael Roddy | CASE NUMBER: 37-2019-00048781-CU-SL-CTL |
|---|---|

10. The following causes of action are attached and the statements above apply to each (*each complaint must have one or more causes of action attached*):
    a. [ ] Motor Vehicle
    b. [X] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [ ] Premises Liability
    f. [XX] Other (*specify*): SECURITIES FRAUD/ILLEGAL FORMATION OF A BOND/CONTRACT

11. Plaintiff has suffered
    a. [X] wage loss
    b. [X] loss of use of property
    c. [ ] hospital and medical expenses
    d. [X] general damage
    e. [X] property damage
    f. [X] loss of earning capacity
    g. [X] other damage (*specify*): DEPRIVED OF SECURITIES EARNINGS

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court. Jurisdiction is established in this case "WITHIN THE ADMIRALTY" under Article III and 28 U.S.C. 1333 and 28 U.S.C. 1337.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages
       (2) [X] punitive damages
    The amount of damages is (*in cases for personal injury or wrongful death, you must check (1)*):
       (1) [X] according to proof
       (2) [X] in the amount of: $ 298,000,000.00

15. [X] The paragraphs of this complaint alleged on information and belief are as follows (*specify paragraph numbers*):
    (SEE: ATTACHMENTS)

Date: 3-31-2019

John Ivan Kocak
(TYPE OR PRINT NAME)

JIK [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-C-001(3)

| SHORT TITLE: John Ivan Kocak v. Peter C. Deddeh; Michael Roddy | CASE NUMBER: |
|---|---|

-1- (number)

# CAUSE OF ACTION—Fraud

ATTACHMENT TO [XX] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR-1. Plaintiff *(name)*: John Ivan Kocak

alleges that defendant *(name)*: Peter C. Deddeh; Michael Roddy

on or about *(date)*: 2/5/1995 defrauded plaintiff as follows:

FR-2. [XX] Intentional or Negligent Misrepresentation

a. Defendant made representations of material fact [ ] as stated in Attachment FR-2.a [XXX] as follows:

The Defendants listed in this suit are sued in their Official and individual capacities for misrepresentation/Concealment of the formation of a Bond(s) in Plaintiffs name. Defendants are also guilty of never providing any disclosure to Plaintiff while concealing their actual intent to "DECEIVE" Plaintiff by surpressing all relevant information as to the formation of the attached Corporate Bond. The Defendants purposely misrepresented and or concealed all relevant material facts as to doing Business in Plaintiffs name by forming a very lucrative Corporate Bond to be traded on Wall Street.

b. These representations were in fact false. The truth was [ ] as stated in Attachment FR-2.b [XX] as follows:

The defendants illegally conducted business in Plaintiffs name, without Plaintiffs consent in violation of Civil Code 1572.2; U.S. Code 1028 (a)(1)(2); and Title 15 Commerce and Trade section 781 registration requirements for secutities section (a)(b)(1)(a).

c. When defendant made the representations,

[XX] defendant knew they were false, or

[XX] defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [XX] Concealment

a. Defendant concealed or suppressed material facts [ ] as stated in Attachment FR-3.a [XX] as follows:

(SEE FR-2 (a) above).

b. Defendant concealed or suppressed material facts

[XX] defendant was bound to disclose.

XX by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

CAUSE OF ACTION—Fraud

Page 1 of 2
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: John Ivan Kocak v. Peter C. Deddeh; Michael Roddy | CASE NUMBER: |
|---|---|

-2- (number) CAUSE OF ACTION—General Negligence Page 1

ATTACHMENT TO [XX] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: John Ivan Kocak

alleges that defendant *(name)*: Peter C. Deddeh; Michael Roddy and DOES 1-10

[XX] Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: 2/5/1995

at *(place)*: San Diego Superior Court/Clerks Office.

*(description of reasons for liability)*: Peter C. Deddeh; Michael Roddy and DOES 1-10 are sued in their Official and Individual Capacities for misrepresentat--ion/Concealment of the Illegal formation of a Bond(s) in Plaintiffs name. Defendants do not qualify for immunity do to their ILLEGAL ACTIONS per Civil Code 52.1 (a)(b) and Civil Code 52. Plaintiff prosecutes this suit per Civil Code 51.1(a)(b).

The defendants are guilty of not asking for Plaintiffs consent to conduct business in his name and for never disclosing their intent to form a BOND in his name.

California Law clearly defines that a legitmate Contract MUST have two (2) parties, and both parties MUST knowingly enter into agreement for the contract to be valid. Plaitiff's first contention is that the many facets and details of the Corporate Bond were never at any time DISCLOSED to Plaintiff and Plaintiff could not reasonably have guessed what points, agreements, or peramenters of the Bond he was agreeing to. Furthermore, the establishment of this particular Bond conducts Financial transactions and Judicial Business on behalf of Plaintiff UNLAWFULLY.

Plaintiff was entitled to automatic disclosure pursuant to FRCP 26(a).

The details of Corporate Bond CUSIP # 72200Q369 were never disclosed by the defendants to plaintiff.

Plaintiff has a Due Process Right secured by the Constitution and Civil Code 52.1 and 52 to prosecute this action for damages, injunctive relief and other appropriate equitable relief to protect the peaceable and enjoyment of the rights secured, including appropriate equitable and declaratory relief to eliminate a pattern or practice of conduct by these Defendants of forming Bonds in their Defendants name Illegally.

(CONTINUATION PAGE 2)

Form Approved for Optional Use Judicial Council of California PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Page 1 of 1 Code of Civil Procedure 425.12 www.courtinfo.ca.gov

CAUSE OF ACTION--GENERAL NEGLIGENCE CONTINUATION Page: 2

Plaintiff will submit evidence that is indisputable inwhich will prove that the Defendants have engaged in SECURITIES FRAUD by ILLEGALLY FORMING A BOND in Plaintiffs name without his consent IMPLIED OR OTHERWISE. Plaintiff was never given disclosure that Defendants were forming bonds in his name or that through the bonds, business would be conducted in his name Judicially or otherwise.

Defendants participated is SECURITIES FRAUD by initiating, condoning and or creating and ILLEGAL CORPORATE BOND, CUSIP # 72200Q869 in Plaintiffs name which is valued at $7,631,157,000.00. The aforementioned Corporate Bond is managed by ATLANTIC FINANCIAL and is listed as a Corporate Bond connected directly to the Defendants at San Diego County Superior Court Case Number [SCD110455]. The Defendants are the Presiding Judge & Court Executive Officer over the above named Corporate Bonds creation and as a result directly responsible both OFFICIALLY and INDEPENDANTLY for the harm and crimes committed against Plaintiff.

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address):
John Ivan Kocak, Plaintiff In Pro Per
21633 Ave 24
Chowchilla, Ca 93610
Ko8336

TELEPHONE NO.: 831-585-7993 FAX NO. (Optional): N/A
E-MAIL ADDRESS (Optional): N/A
ATTORNEY FOR (Name): In Pro Per

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: N/A
CITY AND ZIP CODE: San Diego, Ca 92101
BRANCH NAME: CIVIL -"WITHIN THE ADMIRALTY"

PLAINTIFF/PETITIONER: John Ivan Kocal
DEFENDANT/RESPONDENT: Peter C. Deddeh; Michael Roddy

DECLARATION

CASE NUMBER:

I, John Ivan Kocak, Here after known as Plaintiff declare: I was never given disclosure as to the formation of the attached Corporate Bond by any State, County or Federal Officials. I never consented to the Bonds formation. I withdraw any and all "IMPLIED" consent to the Corporate Bond CUSIP # 72200Q369 and hereby demand the Corporate Bond, Symbol PLDRX, CUSIP # 72200Q369 be turned over to me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8-30-2019

John Ivan Kocak
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for ☒ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☒ Other (Specify): IN Pro Per

# EXHIBIT A

Description of this Exhibit  PIMCO CUSIP BOND RESULTS
ATLANTIC FINANCIAL REPORTS

Number of Pages  5

Your CUSIP Results are as follows:

JOHN KOCAK (CC SCD-110465)
**PIMCO Low Duration Fund/United States**

| | |
|---|---|
| Symbol: | PLDRX |
| CUSIP: | 72200Q869 |
| Inception Date: | 12/31/2002 |
| Net Assets: | $7.681.167.000.00 as of 4/30/2019 |
| Portfolio Assets: | $7,681.167.000.00 as of 4/30/2019 |

**A little about the Fund:**

PIMCO Low Duration Fund seeks maximum total return, consistent with preservation of capital and prudent investment management by investing in investment grade fixed income instruments with average maturities from one to three years.



# PIMCO

## Extended Duration Fund

| Performance (net of fees) | 10 yrs. | 5 yrs. | 3 yrs. | 1 yr. | 6 mos. | 3 mos. |
|---|---|---|---|---|---|---|
| PIMCO Fund (%) | 9.43 | 4.91 | 3.53 | 13.61 | 4.54 | 4.37 |
| Benchmark (%) | 8.97 | 5.13 | 3.58 | 13.52 | 5.15 | 4.40 |

*Performance quoted represents past performance. Past performance is not a guarantee or a reliable indicator of future results. Investment return and the principal value of an investment will fluctuate. Shares may be worth more or less than original cost when redeemed. Current performance may be lower or higher than performance shown. For performance current to the most recent month-end, visit PIMCO.com or by calling 888.87.PIMCO.*

Differences in the Fund's performance versus the index and related attribution information with respect to particular categories of securities or individual positions may be attributable, in part, to differences in the pricing methodologies used by the Fund and the index. There is no assurance that any fund, including any fund that has experienced high or unusual performance for one or more periods, will experience similar levels of performance in the future. High performance is defined as a significant increase in either 1) a fund's total return in excess of that of the fund's benchmark between reporting periods or 2) a fund's total return in excess of the fund's historical returns between reporting periods. Unusual performance is defined as a significant change in a fund's performance as compared to one or more previous reporting periods.

| Lipper rankings* (Corporate Debt Funds BBB-Rated Funds) | 10 yrs. | 5 yrs. | 3 yrs. | 1 yr. |
|---|---|---|---|---|
| Fund rank | 1 | 11 | 96 | 1 |
| Number of funds | 111 | 177 | 205 | 260 |
| Quartile | 1 | 1 | 2 | 1 |

* Based on total return performance, with distributions reinvested, and operating expenses deducted.

### BASIC FACTS

| | |
|---|---|
| Total annual operating expenses | 0.68% |
| Dividend frequency | Daily accrual |

### PERFORMANCE CHARACTERISTICS

| | |
|---|---|
| SEC 30-day yield (%) | 2.74% |

### ABOUT THE BENCHMARK

Citi STRIPS Index, 20+ Year Sub-index represents a composition of outstanding Treasury Bond and Notes with a maturity of at least twenty years. The index is rebalanced each month in accordance with underlying Treasury figures and profiles provided as of the previous month-end. The included STRIPS are derived only from bonds in the Citi U.S. Treasury Bond Index, which include coupon strips with less than one year remaining to maturity.

### ABOUT PIMCO

PIMCO is a leading global investment management firm, with offices in 11 countries throughout the Americas, Europe and Asia. Founded in 1971, PIMCO offers a wide range of innovative solutions to help millions of investors worldwide meet their needs. Our goal is to provide attractive returns while maintaining a strong culture of risk management and long-term discipline. PIMCO is owned by Allianz S.E., a leading global diversified financial services provider.

FOR MORE INFORMATION, CALL YOUR PIMCO REPRESENTATIVE AT 888.87.PIMCO.

VISIT OUR WEBSITE FOR A FULL MENU OF PRODUCTS AND SERVICES AT PIMCO.COM.

*Investors should consider the investment objectives, risks, charges and expenses of the funds carefully before investing. This and other information are contained in the fund's prospectus and summary prospectus, if available, which may be obtained by contacting your PIMCO representative. Please read them carefully before you invest or send money.*

[1] Includes U.S. Treasury notes, bonds, futures, and inflation-protected securities [2] Includes U.S. agencies, FDIC-guaranteed and government-guaranteed corporate securities, and supranationals [3] Includes U.S. dollar denominated interest rate swaps, swaptions, options, and other rate related derivatives. Other portfolio derivatives, where applicable, may be included as part of other sectors based upon their underlying risk characteristics. [4] Short Duration Instruments includes an emerging market security or other instrument economically tied to an emerging market country by country of risk with an effective duration less than one year and rated investment grade or higher or if unrated, determined to be similar quality by PIMCO. Includes the value of short duration emerging markets instruments previously reported in "Cash Equivalents". [5] Other may include convertibles, preferreds, and yankee bonds [6] Net Other Short Duration Instruments includes securities and other instruments (except those instruments tied to emerging markets by country of risk) with an effective duration less than one year and rated investment grade or higher or, if unrated, determined by PIMCO to be of comparable quality, commingled liquidity funds, uninvested cash, interest receivables, net unsettled trades, broker money, short duration derivatives and derivatives offsets. With respect to certain categories of short duration securities, the Adviser reserves the discretion to require a minimum credit rating higher than investment grade for inclusion in this category. Derivatives Offsets includes offsets associated with investments in futures, swaps and other derivatives. Such offsets may be taken at the notional value of the derivative position.

Interest expense results from the Fund's use of certain investments such as tender option bond floating rate certificates. Such expense is required to be treated as a Fund expense for accounting purposes and is not payable to Pacific Investment Management Company LLC ("PIMCO"). Any interest expense amount will vary based on the Fund's use of those investments as an investment strategy best suited to seek the objective of the Fund. Total Annual Fund Operating Expenses After Fee Waiver and/or Expense Reimbursement excluding interest expense is 0.50% Institutional Class.

MV% may not equal 100 due to rounding.

Performance reflects changes in share price, reinvestment of dividends and capital gains distributions. All periods longer than one year are annualized.

Effective duration is the duration for a bond with an embedded option when the value is calculated to include the expected change in cash flow caused by the option as interest rates change. Gov't Related may include nominal and inflation-protected Treasuries, agencies, interest rate swaps, Treasury futures and options, and FDIC-guaranteed corporate securities.

Investments made by a Fund and the results achieved by a Fund are not expected to be the same as those made by any other PIMCO-advised Fund, including those with a similar name, investment objective or policies. A new or smaller Fund's performance may not represent how the Fund is expected to or may perform in the long-term. New Funds have limited operating histories for investors to evaluate and new and smaller Funds may not attract sufficient assets to achieve investment and trading efficiencies. A Fund may be forced to sell a comparatively large portion of its portfolio to meet significant shareholder redemptions for cash, or hold a comparatively large portion of its portfolio in cash due to significant share purchases for cash, in each case when the Fund otherwise would not seek to do so, which may adversely affect performance.

**A word about risk:** Investing in foreign denominated and/or domiciled securities may involve heightened risk due to currency fluctuations, and economic and political risks, which may be enhanced in emerging markets. Mortgage and asset-backed securities may be sensitive to changes in interest rates, subject to early repayment risk, and their value may fluctuate in response to the market's perception of issuer creditworthiness; while generally supported by some form of government or private guarantee there is no assurance that private guarantors will meet their obligations. High-yield, lower-rated, securities involve greater risk than higher-rated securities; portfolios that invest in them may be subject to greater levels of credit and liquidity risk than portfolios that do not. Sovereign securities are generally backed by the issuing government, obligations of U.S. Government agencies and authorities are supported by varying degrees but are generally not backed by the full faith of the U.S. Government; portfolios that invest in such securities are not guaranteed and will fluctuate in value. Derivatives may involve certain costs and risks such as liquidity, interest rate, market, credit, management and the risk that a position could not be closed when most advantageous. Investing in derivatives could lose more than the amount invested. Diversification does not ensure against loss.

The value of most bond funds and fixed income securities are impacted by changes in interest rates. Bonds and bond funds with longer durations tend to be more sensitive and more volatile than securities with shorter durations; bond prices generally fall as interest rates rise.

Past rankings are no guarantee of future rankings. Rankings begin with the inception of the actual share class. Lipper does not take into account sales charges.

The minimum initial investment for institutional class shares is $1 million; however, it may be modified for certain financial intermediaries who submit trades on behalf of eligible investors.

No part of this material may be reproduced in any form, or referred to in any other publication, without express written permission. PIMCO is a trademark of Allianz Asset Management of America L.P. in the United States and throughout the world. ©2018, PIMCO. PIMCO Investments LLC, distributor, 1633 Broadway, New York, NY 10019 is a company of PIMCO.

PFS1990_4Q17

PIMCO

*As of 31 December 2017*
PIMCO Funds: Government

# Extended Duration Fund

| CLASS: | INSTITUTIONAL |
|---|---|
| FUND INCEPTION DATE: | 31 AUGUST 2006 |
| TICKER: | PEDIX |
| CUSIP: | 72201F599 |
| TOTAL NET ASSETS (IN MILLIONS): | $1,351.2 |

PORTFOLIO MANAGERS

Michael Cudzil, Stephen Rodosky, Josh Thimons

FUND STATISTICS

| | |
|---|---|
| Effective duration (yrs) | 24.89 |
| Effective maturity (yrs) | 25.74 |

SECTOR DIVERSIFICATION (%)

| | Market value weighted |
|---|---|
| US Government - Treasury [1] | 87.5 |
| US Government - Agency [2] | 1.6 |
| Swaps and Liquid Rates [3] | -41.2 |
| Mortgage | 2.0 |
| Invest. Grade Credit | 1.5 |
| High Yield Credit | 0.0 |
| Non-USD Developed | -0.8 |
| Emerging Markets | 2.7 |
| Bonds and Other Long Duration Instruments | 1.5 |
| Short Duration Instruments [4] | 1.2 |
| Municipal | 0.0 |
| Other [5] | 2.0 |
| Net Other Short Duration Instruments [6] | 44.7 |

## Fund description

The Extended Duration Fund is an actively managed, targeted portfolio with concentrated exposure to the very long end of the yield curve. This fund seeks to maximize current income and capital appreciation while maintaining exposure consistent with its benchmark. The fund maintains duration within three years of the Citigroup Strips Index 20-plus Year Sub-Index.

### INVESTOR BENEFITS

This fund offers investors an efficient strategy to match the interest rate sensitivity of their assets and long-term liabilities.

Potential benefits of this fund include:

- Enhanced matching between assets and long-term interest-rate-sensitive liabilities
- Portfolio diversification, income and capital gains potential through active management focused on total return
- Focus on maintaining and increasing the purchasing power of investors retirement funds in all interest rate environments
- Utilizes a broad opportunity set of fixed-income securities.

### THE FUND ADVANTAGE

PIMCO combines its 37 years of investing with a total return philosophy and 30 years of experience managing long duration bonds. The fund takes a diversified approach to enhancing long-term bond returns by expanding investments beyond government bonds to include the entire global fixed-income opportunity set in the 20-plus year duration space. The fund actively manages duration and yield-curve positioning, takes small exposures to non-benchmark sectors, and targets long-term structural premiums in the bond market. This diversified approach seeks to provide greater duration in order to hedge interest rate risk.

### VALUE OF CORE FIXED INCOME STRATEGIES

An allocation to PIMCO's fixed-income strategies may be beneficial as a core part of a balanced portfolio. Bonds can provide a steady source of income and, as part of a total-return strategy, potentially produce capital gains as well. An allocation to a PIMCO fixed-income strategy in a portfolio also can offer diversification and serve as a hedge against volatility and risks in other asset classes, particularly in times of economic uncertainty or deflation.



Home | About us | Contact us | Global Investing | Services

Search Our Site

Search

Information for a changing world

For economic, globalization and wealth management news read The Fenton Report.

IRA 401k Rollovers

If you have an IRA or 401k at a bank, broker, financial consultant or former employer, we can help.

Wealth Management

Site Map

Contact Us

Individual Investments

Financial Education

Mutual Funds

Site Map

Corporate Services

Thank you for visiting

MUTUAL FUND CENTER

Mutual Funds Available to Clients of Atlantic Financial

# PIMCO Funds (Part 2)

**Do you have Questions?**

| FUND NAME | CUSIP | SYMBOL | OBJECTIVE |
|---|---|---|---|
| PIMCO COMMODITY REAL RET STRAT ADMIN CL | CUSIP 722005659 | SYMBOL PCRRX | Growth |
| PIMCO COMMODITY REAL RETURN INST | CUSIP 722005667 | SYMBOL PCRIX | Growth |
| PIMCO CONVERTIBLE BOND INSTL | CUSIP 69339[illegible] | SYMBOL PFCIX | Convertible Bond |
| PIMCO DEV LOCAL MKTS FD INST | CUSIP 722005469 | SYMBOL PLMIX | |
| PIMCO DIVERSIFIED INCOME FUND INSTL | CUSIP 693391880 | SYMBOL PDIIX | Growth & Inc |
| PIMCO EMERGING MARKETS BOND ADMIN | CUSIP 693391187 | SYMBOL PEBAX | Worldwide Bond |
| PIMCO EMERGING MARKETS BOND INSTL | CUSIP 693391559 | SYMBOL PEBIX | Worldwide Bond |
| PIMCO FIXED INCOME SHS SERIES C INSTL | CUSIP 22744612[illegible] | SYMBOL FXICX | |
| PIMCO FIXED INCOME SHS SERIES M INSTL | CUSIP 22744[illegible] | SYMBOL FXIMX | |
| PIMCO FLOATING INCOME INSTITUTIONAL | CUSIP 72201[illegible] | SYMBOL PFIIX | |
| PIMCO FOREIGN ADMINISTRATIVE SHS | CUSIP 69339[illegible] | SYMBOL PFRAX | Worldwide Bond |
| PIMCO FOREIGN BD FD UNHEDGED ADM CL | CUSIP 7220[illegible] | SYMBOL PFLLX | |
| PIMCO FOREIGN BOND (US $-HEDGED) CL R | CUSIP 72200Q829 | SYMBOL PFRRX | Worldwide Bond |
| PIMCO FOREIGN BOND FD UNHEDGED INST CL | CUSIP 722005220 | SYMBOL PFUIX | Income |
| PIMCO FOREIGN INSTITUTIONAL SHS | CUSIP 693390882 | SYMBOL PFORX | Worldwide Bond |
| PIMCO FUNDMNTL INDEX PLUS INSTL CL SHS | CUSIP 722017335 | SYMBOL PFPIX | |
| PIMCO FUNDMNTL INDEX PLUS TRUST INSTL SHS | CUSIP 722017354 | SYMBOL PXTIX | |
| PIMCO GLOBAL ADMINISTRATIVE SHS | CUSIP 693390684 | SYMBOL PADMX | Worldwide Bond |
| PIMCO GLOBAL BD US $ HEDGED ADM CL | CUSIP 693390148 | SYMBOL PGDAX | Worldwide Bond |
| PIMCO GLOBAL BOND II INSTL | CUSIP 693390130 | SYMBOL PGBIX | Worldwide Bond |
| PIMCO GLOBAL INSTL CLASS | CUSIP 693390874 | SYMBOL PIGLX | Worldwide Bond |
| PIMCO GNMA INSTL | CUSIP 693391450 | SYMBOL PDMIX | Government Bond |
| PIMCO HIGH YIELD ADMINISTRATIVE SHS | CUSIP 693390650 | SYMBOL PHYAX | Corporate Bond |
| PIMCO HIGH YIELD CLASS R | CUSIP 72200Q794 | SYMBOL PHYRX | Corporate Bond |
| PIMCO HIGH YIELD INSTL | CUSIP 693390841 | SYMBOL PHIYX | Corporate Bond |
| PIMCO HIGH YIELD MUNI BD INSTL CL | CUSIP 72201F[illegible] | SYMBOL PHMIX | |
| PIMCO INTL STKS PLUS TR STRAT INSTL CL | CUSIP 72200Q336 | SYMBOL PISIX | World Stock |
| PIMCO INV GRADE CORP BOND INSTL | CUSIP 722005315 | SYMBOL PIGIX | Corporate Bond |
| PIMCO JAP SK PLUS TR STRATEGY INSTL CL | CUSIP 72200Q323 | SYMBOL PJSIX | Foreign Stock |
| PIMCO LONG TERM US GOVT ADMINISTRATIVE | CUSIP 693390775 | SYMBOL PLGBX | Government Bond |
| PIMCO LONG TERM US GOVT INSTL | CUSIP 693390205 | SYMBOL PGOVX | Government Bond |
| PIMCO LOW DURATION ADMINISTRATIVE SHS | CUSIP 693390757 | SYMBOL PLDAX | Corporate Bond |
| PIMCO LOW DURATION FUND CLASS R | CUSIP 72200Q669 | SYMBOL PLDRX | Corporate Bond |
| PIMCO LOW DURATION II ADMINISTRATIVE | CUSIP 69339[illegible] | SYMBOL PDFAX | Corporate Bond |
| PIMCO LOW DURATION II INSTL | CUSIP 693390791 | SYMBOL PLDTX | Corporate Bond |
| PIMCO LOW DURATION III INSTL | CUSIP 693390858 | SYMBOL PLDIX | Corporate Bond |
| PIMCO LOW DURATION INSTITUTIONAL | CUSIP 693390304 | SYMBOL PTLDX | Corporate Bond |
| PIMCO MODERATE DURATION INSTL | CUSIP 693390572 | SYMBOL PMDRX | Corporate Bond |
| PIMCO MUNICIPAL BOND ADMIN SHS | CUSIP 69339[illegible] | SYMBOL PMNAX | Municipal Bond |
| PIMCO MUNICIPAL BOND INSTITUTIONAL | CUSIP 693391358 | SYMBOL PFMIX | Municipal Bond |
| PIMCO NY MUNI BOND INSTITUTIONAL | CUSIP 693389710 | SYMBOL PNYIX | Municipal Bond |
| PIMCO REAL RETURN ADMINISTRATIVE CLASS | CUSIP 693391112 | SYMBOL PARRX | Government Bond |
| PIMCO REAL RETURN ASSET INSTL | CUSIP 72200Q505 | SYMBOL PRAIX | Growth & Inc |
| PIMCO REAL RETURN BOND INSTL CLASS | CUSIP 693391104 | SYMBOL PRRIX | Government Bond |
| PIMCO REAL RETURN FUND CLASS R | CUSIP 72200Q750 | SYMBOL PRRRX | Government Bond |
| PIMCO REAL RETURN STRAT INSTL CLASS | CUSIP 72200Q257 | SYMBOL PRRSX | Real Estate |
| PIMCO SHORT DURATION MUNI INSTITUTIONAL | CUSIP 693389327 | SYMBOL PSDIX | Municipal Bond |
| PIMCO SHORT TERM ADMINISTRATIVE SHS | CUSIP 693390734 | SYMBOL PSFAX | Corporate Bond |
| PIMCO SHORT TERM CLASS R | CUSIP 72200Q677 | SYMBOL PTSRX | Corporate Bond |
| PIMCO SHORT TERM INSTITUTIONAL | CUSIP 693390601 | SYMBOL PTSHX | Corporate Bond |
| PIMCO STOCK PLUS FUND CL R | CUSIP 72200Q720 | SYMBOL PSPRX | Growth & Inc |
| PIMCO STOCK PLUS TOTAL RETURN CL I | CUSIP 722005542 | SYMBOL PSPTX | Growth & Inc |
| PIMCO STOCKPLUS TR SHORT STRTGY INSTCL | CUSIP 693390486 | SYMBOL PSTIX | Asset Allocation |
| PIMCO STOCKS PLUS ADMINISTRATIVE SHS | CUSIP 693390759 | SYMBOL PPLAX | Growth & Inc |
| PIMCO STOCKS PLUS INSTL CLASS | CUSIP 693390403 | SYMBOL PSTKX | Growth & Inc |
| PIMCO TOTAL RETURN ADMINISTRATIVE SHS | CUSIP 693390726 | SYMBOL PTRAX | Corporate Bond |

**Services**

A variety of services for investors.

**Global**

A focus on the world and you.

| | | | |
|---|---|---|---|
| PIMCO TOTAL RETURN FUND CLASS R | CUSIP 72200C85: | SYMBOL PTRRX | Corporate Bond |
| PIMCO TOTAL RETURN II ADMINISTRATIVE | CUSIP 69339054: | SYMBOL PRADX | Corporate Bond |
| PIMCO TOTAL RETURN II INSTL | CUSIP 69339055: | SYMBOL PMBIX | Corporate Bond |
| PIMCO TOTAL RETURN III ADMINISTRATIVE | CUSIP 69339062 | SYMBOL PRFAX | Corporate Bond |
| PIMCO TOTAL RETURN III INSTL | CUSIP 69339060 | SYMBOL PTSAX | Corporate Bond |
| PIMCO TOTAL RETURN INSTL | CUSIP 69339076 | SYMBOL PTTRX | Corporate Bond |
| PIMCO TOTAL RETURN MORTGAGE ADM CL | CUSIP 69339151 | SYMBOL PMTAX | Government Bond |
| PIMCO TOTAL RETURN MORTGAGE CL I | CUSIP 69339150 | SYMBOL PTRIX | Government Bond |

Note: Mutual Fund availability subject to change.
Please [illegible] for more information.

## Contact Atlantic Financial

For more information or to have us answer any questions you may have, [illegible] or use the short form to contact us.

### Financial Planning and Investment Services

Atlantic Financial has been serving clients on the Internet since 1994 and enjoys a solid reputation for service, selection and value. We can review your financial plan, assist with your [illegible] and answer your [illegible] questions.

Please remember that education is the first step you can take to meet your financial goals. To learn more, visit the Atlantic [illegible] and subscribe to the Atlantic Financial [illegible].

Thank you for visiting our website.

### Wealth Management Tools

| Individual Services | Corporate Services | About Us |
|---|---|---|
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| Request a [illegible] | [illegible] | [illegible] |

Atlantic Financial, Inc.

Mutual Fund Center and affiliated websites do not offer brokerage or investment advisory services.
Content provided for informational purposes only

Copyright © 1994-2015 Atlantic Financial – AF Asset Management Corp. All Rights reserved.

AF Asset Management Corp. is a Registered Investment Advisor located in Massachusetts using the trade name Atlantic Financial. Atlantic Financial AF Asset Management is not affiliated with a broker dealer and does not provide brokerage services. Please read our form ADV as well as appropriate memorandums and prospectuses before investing.

SIPC Consumer Version
www.sipc.org
or call (202)371-8300

AFFIDAVIT OF BENEFICIAL OWNERSHIP OF
JOHN IVAN KOCAK

I am familiar with the facts recited below; and hereby declare under penalty of perjury that:

1. I, the undersigned private man, am the lawful and equitable owner of the vessel named in the CERTIFICATION OF VITAL RECORD, registered with the DEPARTMENT OF STATE HEALTH SERVICES VITAL STATISTICS UNIT in the STATE OF OHIO, filed on February of 2019.

2. I am using this Affidavit to document status of ownership over the principal, interest, and all accounts of the JOHN IVAN KOCAK and that

3. I am the private owner of the JOHN IVAN KOCAK, and that

4. The registrar of titles shall treat me as having obtained the age of majority; and that

5. My date of birth was on November 22, 1968; and that

6. My place of birth is near the geographical location commonly known as Elyria, Ohio, an entity formed within the constitutional republic of the United States of America, within the Indigenes of Amexem (the Americas), Al Moroccan (American) Continents, in an outlying possession of the United States;-and that

7. I am the holder in the due course securing 100% of the beneficial interest in the property to which this affidavit relates, and that,

8. I am the sole power to accept, receive, transfer, disburse, or convey 100% of the proceeds profits, income, and revenue arising out of the property to which the Certificate of Title relates; and that

9. I hold all investment powers, which includes the power to dispose, or direct the disposition of, such portion of Certificate of Title, and that

10. I authorize this Affidavit to be provided to any withholding agent that has control, receipt or custody of the profits, proceeds, revenue, or income derived from the property subject to the attached Certificate of Title.

I hereby declare under penalty of perjury that the above information is complete, correct, and true to the best of my knowledge.

BY: John Ivan Kocak, OWNER

8-25-2019

**PROOF OF SERVICE BY MAIL**

**BY PERSON IN STATE CUSTODY**

(Fed. R. Civ. P.5;28 U.S.C. §1746)

I, John Ivan Kocak, declare:

I am over 18 years of age and a party to this action. I am a resident of: VSP-Chowchilla prison, in the county of Madera in the State of California. My Prison is: 21633 Ave 24, Po Box 96 - Chowchilla, CA 93610.

On 8-25-2019

I served the attached documents: Affidavit of Beneficial Ownership of John Ivan Kocak; Certified Birth certificate

(Describe Document)

On the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope. With postage therein fully paid in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

San Diego County
Recorders Office
1600 Pacific Hwy., Rm 103
San Diego, CA 92101

and to:

Superior Court Judge
Chambers of Runston Maino
Po Box 122724
San Diego, CA
92112-2724

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 8-25-2019

(Date)

[signature]

(Signed)

CLERK'S CERTIFICATE

The foregoing document, consisting of 14 page(s), is a full, true, and correct copy of the ☑ original ☐ copy on file in this office

Clerk of the Superior Court

11/21/19 by M. Acevedo
Date Deputy M. Acevedo