**EXHIBIT B**

-FIRST AMENDED COMPLAINT-

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** Michael Roddy; Peter C. Deddeh;
*(AVISO AL DEMANDADO):* CDCR-~~E~~ Secretary Ralph
Diaz;Atlantic Financial;Pacific Investment
Management Company DOES 1-10

**YOU ARE BEING SUED BY PLAINTIFF:** John Ivan Kocak
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAR 11 2020

DAVID H. YAMASAKI, Clerk of the Court

BY: J. GARCIA DEPUTY

COPY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es)*: | ORANGE COUNTY SUPERIOR COURT 700 Civic Center Drive West Santa Ana, Ca 92701 |

CASE NUMBER: *(Número del Caso)*: 37-2019-00048781 -CU-SL-CTL

JUDGE DEREK W. HUNT

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*:

John Ivan Kocak VSP-D1-8-2/K08836  PO Box 96, Chowchilla, Ca 93610

DATE: *(Fecha)* 3-12-2020    DAVID H. YAMASAKI Clerk, by *(Secretario)* J. GARCIA, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [XX] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [XX] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
   [XX] CCP 416.40 (association or partnership)  [XX] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [X] by personal delivery on *(date):* 12/15/2019

[SEAL]

Form Adopted for Mandatory Use
Judicial Council of California

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Page 1 of 1

FIRST AMENDED COMPLAINT-

|  | CM-010 |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

John Ivan Kocak
VSP-D1-8-2/K08836
PO BOX 96, CHOWCHILLA, CA 93610

TELEPHONE NO.: N/A    FAX NO.: N/A
ATTORNEY FOR *(Name):* In Pro Per

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: Santa Ana, Ca
CITY AND ZIP CODE: 92701
BRANCH NAME: Civil-"WITHIN THE ADMIRALTY"

CASE NAME: John Ivan Kocak v. Peter C. Deddeh et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 37-2019-00048781 -CU-SL-CTL |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder | |
| | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Hon. Derek W. Hunt |
| | | DEPT: C-23 |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [X] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [X] is [ ] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [X] Large number of witnesses
   e. [X] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [X] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [X] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 12/15/2019

John Ivan Kocak
(TYPE OR PRINT NAME)                    ► _____ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

---

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use
CIVIL CASE COVER SHEET
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the*
  *case involves an uninsured*
  *motorist claim subject to*
  *arbitration, check this item*
  *instead of Auto)*
**Other PI/PD/WD (Personal Injury/**
**Property Damage/Wrongful Death)**
**Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or*
  *toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil*
  *harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer*
    *or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally*
  *complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent*
    *domain, landlord/tenant, or*
    *foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal*
  *drugs, check this item; otherwise,*
  *report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.**
**Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex*
  *case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-*
    *domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified*
  *above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-*
    *harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified*
  *above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

-FIRST AMENDED COMPLAINT-

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John Ivan Kocak<br>VSP-D1-8-2/K08836<br>PO Box 96, Chowchilla, Ca 93610 | |

TELEPHONE NO: N/A   FAX NO. (Optional): N/A
E-MAIL ADDRESS (Optional): N/A
ATTORNEY FOR (Name): In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: Santa Ana, Ca
CITY AND ZIP CODE: 92701
BRANCH NAME: CIVIL-"WITHIN THE ADMIRALTY"

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**DEC 2 6 2019**

DAVID H. YAMASAKI, Clerk of the Court

BY:_____,DEPUTY

PLAINTIFF: John Ivan Kocak
            Michael Roddy;
DEFENDANT: Peter C. Deddeh;CDCR-ENITIY
Secretary Ralph Diaz;Atlantic Financial;Pacific
[XX] DOES 1 TO 10   Investment Management Company

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[XX] AMENDED (Number): ONE (1)      SECURITIES FRAUD/
Type (check all that apply):                ILLEGAL FORMATION
[  ] MOTOR VEHICLE  [XX] OTHER (specify): OF A BOND/CONTRACT
   [  ] Property Damage  [  ] Wrongful Death
   [XX] Personal Injury  [XX] Other Damages (specify): MENTAL

| Jurisdiction (check all that apply): | CASE NUMBER: |
|---|---|
| [  ] ACTION IS A LIMITED CIVIL CASE | 37-2019-00048781-CU-SL-CTL |
| Amount demanded  [  ] does not exceed $10,000 | |
|             [  ] exceeds $10,000, but does not exceed $25,000 | |
| [XX] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) | |
| [  ] ACTION IS RECLASSIFIED by this amended complaint | |
|     [  ] from limited to unlimited | |
|     [  ] from unlimited to limited | |

1. Plaintiff (name or names):  John Ivan Kocak
   alleges causes of action against defendant (name or names): PETER C. DEDDEH;MICHAEL RODDY;CDCR
   SECRETARY-RALPH DIAZ;ATLANTIC FINANCIAL;PACIFIC INVESTMENT MANAGEMENT COMPANY

2. This pleading, including attachments and exhibits, consists of the following number of pages: 20

3. Each plaintiff named above is a competent adult
   a. [  ] except plaintiff (name):
      (1) [  ] a corporation qualified to do business in California
      (2) [  ] an unincorporated entity (describe):
      (3) [  ] a public entity (describe):
      (4) [  ] a minor  [  ] an adult
         (a) [  ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [  ] other (specify):
      (5) [  ] other (specify):
   b. [  ] except plaintiff (name):
      (1) [  ] a corporation qualified to do business in California
      (2) [  ] an unincorporated entity (describe):
      (3) [  ] a public entity (describe):
      (4) [  ] a minor  [  ] an adult
         (a) [  ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [  ] other (specify):
      (5) [  ] other (specify):

[  ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
COMPLAINT—Personal Injury, Property
Damage, Wrongful Death
Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PL-001

| SHORT TITLE: | JOHN IVAN KOCAK          V. | CASE NUMBER: 37-2019-000487 |
|---|---|---|
| | PETER C. DEDDEH et al. | 81-CU-SL-CTL |

4. [X] Plaintiff (name): John Ivan Kocak
   is doing business under the fictitious name (specify): N/A

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [XX] except defendant (name): ATLANTIC FINANCIAL [XX]
      (1) [ ] a business organization, form unknown
      (2) [X] a corporation
      (3) [ ] an unincorporated entity (describe):

      (4) [ ] a public entity (describe):

      (5) [ ] other (specify):

   b. [XX] except defendant (name): CDCR-SECRETARY
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):

      (4) [XX] a public entity (describe):

      (5) [X] other (specify): THE OFFICE OF CDCR
         SECRETARY IS SUED IN ITS OFFICIAL
         CAPACITY

   c. [XX] except defendant (name): PACIFIC INVESTMENT
      (1) [ ] a business organization, form unknown
      (2) [X] a corporation
      (3) [ ] an unincorporated entity (describe):

      (4) [XX] a public entity (describe): STATE TAX OF
         CALIFORNIA.

      (5) [ ] other (specify):

      STATE FRANCHISE TAX;

      JUDGE DEDDEH/
      PRESIDING;OFFICE OF
   d. [X] except defendant (name): THE PRESIDING JUDGE
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):

      (4) [X] a public entity (describe): OFFICE OF
         PRESIDING JUDGE IS
      (5) [ ] other (specify): SUED IN ITS OFFICIAL
         CAPACITY

   [X] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants (specify Doe numbers): 1-10 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. [ ] Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to
      plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. [XX] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [XX] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other (specify):

9. [XX] Plaintiff is required to comply with a claims statute, and
   a. [XX] has complied with applicable claims statutes, or
   b. [ ] is excused from complying because (specify):

-FIRST AMENDED COMPLAINT-

| | | PLD-PI-001 |
|---|---|---|
| SHORT TITLE: JOHN IVAN KOCAK          V. <br> PETER C. DEDDEH et al. | CASE NUMBER: 37-2019-000487 <br> 81-CU-SL-CTL | |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):

   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other (specify): SECURITIES FRAUD/ILLEGAL FORMATION OF A BOND/CONTRACT

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☒ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage (specify): DEPRIVED OF SECURITIES EARNINGS

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
   Jurisdiction is established in this case "WITHIN THE ADMIRALTY" INWHICH the Court has subject matter jurisdiction under Article III-28U.S.C. 1333 and 28 U.S.C. 1337.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☒ punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☒ according to proof
      (2) ☒ in the amount of: $ 7,681,167,000.00 PLUS ALL INTEREST EARNED ON THE BOND.

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):
   (SEE: ATTACHMENTS)

Date: 12/15/2019

John Ivan Kocak
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

FIRST AMENDED COMPLAINT-SUPPLEMENT TO:
CAUSE OF ACTION--GENERAL NEGLIGENCE;
CAUSE OF ACTION--FRAUD;
CAUSE OF ACTION--GENERAL NEGLIGENCE;
CAUSE OF ACTION--FRAUD.

Plaintiff Kocak submits the following supplement to his First amended Complaint now before the Court.  The Defendant's listed in the Summons and Complaint Amended and the Does 1-10, Inclusive are guilty of Breaching their Fiduciary duty for the following reasons.  All Defendant's were complicit in diverse ways in Conspiring to defraud Plaintiff by engaging in Identity Theft in violation of Title 1.81.3-1798.92(b)(c)(d); Penal Code 530.5; Title 18 1028A (a)(1).  Defendant's are guilty of UNAUTHORIZED USE OF PLAINTIFF KOCAKS NAME AND SOCIAL SECURITY NUMBER WITHOUT HIS CONSENT INWHICH MR. KOCAK DID NOT USE OR PROFIT FROM THE ILLEGAL BOND FRAUDULENTLY CREATED IN PLAINTIFFS NAME UNDER FALSE PRETENSES.

## IDENTITY THEFT

1798.92(b)--IDENTITY THEFT MEANS THE UNAUTHORIZED USE OF ANOTHER PERSON'S PERSONAL IDENTIFYING INFORMATION TO OBTAIN CREDIT, GOODS, SERVICES, MONEY OR PROPERTY.

(c)--PERSONAL IDENTIFYING INFORMATION MEANS A PERSONS NAME, SOCIAL SECURITY NUMBER.

(d)--VICTIM OF IDENTITY THEFT MEANS A PERSON WHO HAD HIS/HER PERSONAL IDENTIFYING INFORMATION USED WITHOUT AUTHORIZATION BY ANOTHER OBTAIN CREDIT, SERVICES, MONEY, AND DID NOT USE OR POSSESS THE CREDIT, SERVICES, GOODS, MONEY OBTAINED BY THE IDENTITY THEFT.

Plaintiff Kocak was only told he was being incarcerated for
conviction and punishment.  It was NEVER DISCLOSED, nor did
Mr. Kocak ever CONSENT to be a Surety to be utilized as a
transmitting utility for MULTIPLE INVESTMENTS OF PRIVATE GAIN
AND UNJUST ENRICHMENT.  The Abstract of Judgment in this case
under Case No. SCD110465 and its Recorded information appears
under CCP674 and CCP697.410 to be the Transmitting Utility/Intial-
Money-Judgment (LIEN) action to be put up for sale and Encumberance
of possessory rights to Title of the Judgment Debtors property
i.e. Mr. Kocaks Physical Body and estate.

GOV. CODE 100

The People of the State of California, being Sovereign
shall prosecute criminal crimes.

The "PEOPLE OF THE STATE OF CALIFORNIA" are not registered
with the California Secretary of States Business Programs Division
to conduct Business.  However, the California Constitution
does authorize "THE PEOPLE OF THE STATE OF CALIFORNIA" to prosecute
"CRIMINAL" cases BUT, NO CODED REGULATION EXISTS TO SUPPORT
(THE DEFENDANTS IN THIS SUIT) THROUGH "THE PEOPLE OF THE STATE
OF CALIFORNIA"  TO TRAFFIC IN SECURITIES FOR PRIVATE GAIN AND
UNJUST ENRICHMENT while holding Plaintiff Kocaks "POSSESSORY
RIGHTS" to be unknowingly Encumbered and Plaintiff Kocaks name
to be LIGUIDATED for accrual of interests of assets.  As a result
ALL DEFENDANTS are guilty of Negligent Misrepresentation and are
in violation of California Securities Laws in connection with the
UNLAWFUL BOND ISSUANCE, and/or reckless with regard to omissions
and/or Misrepresentations in Bond Disclosures.

# THE SECURITIES ACT OF 1933

All Defendants are BOUND BY THE LAW, some inwhich have sworn Oaths of Office, and it is through this suit where the violations of the Law will be revealed. When there is a "SALE" of Securities (i.e. Bonds) and Fraud touches the Sale, there is redress under Section 10(b) of 17 C.F.R. 240.  It does not matter that the fraud is not the "GARDEN VARIETY" associated with securities sales. [Arrington v. Merrill,Lynch,Pierce,Fenner & Smith, Inc., 651 F.2d 615, 619 9th Cir. 1981].

Under the Securities Act of 1933 Law of General Application Section 10(b) of the Exchange Act States IT SHALL BE UNLAWFUL FOR ANY PERSON:

1.  to employ and devise, scheme, or artifice to defraud;

2.  to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading, or

3.  to engages in any act, practice or coarse of business which operates or would operate as fraud or deceit upon ANY PERSON in connection with THE PURCHASE OR SALE OF ANY SECURITY.

The Defendants listed in this suit are guilty of INJURING Plaintiff by the formation, creation and sale of BONDS in his name without his consent and/or disclosure in violation of IDENTITY THEFT Laws.  Furthermore, Securities Disclosure documents were never presented to Mr. Kocak.  Traditional Contract Laws

applies such as offer, acceptance and consideration in evaluating claims that securities disclosure documents are contracts inwhich Plaintiff was deprived of.


Dated: 12/15/2019


SIGNED:

John Ivan Kocak
Plaintiff, In Pro Per

-FIRST AMENDED COMPLAINT-

| SHORT TITLE: John Ivan Kocak        v. | CASE NUMBER: 37-2019-00048781- |
|---|---|
| Peter C. Deddeh et al. | CU-SL-CTL |

PLD-C-001(3)

_-1-_
(number)

## CAUSE OF ACTION—Fraud

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR- 1. Plaintiff *(name):* John Ivan Kocak

alleges that defendant *(name):* EXECUTIVE OFFICER OF THE COURT represented in his OFFICIAL CAPACITY Michael Roddy.
on or about *(date):* 2/5/1995                       defrauded plaintiff as follows:

FR-2. [XX] Intentional or Negligent Misrepresentation
   a. Defendant made representations of material fact      [ ] as stated in Attachment FR-2.a   [XX] as follows:

Michael Roddy, Executive Officer of the Court of San Diego County is sued in his OFFICIAL Capacity in that the Office he represents is sued by Plaintiff. The Executive Officer of San Diego County in and for the Superior Court of San Diego County misrepresented/concealed the formation of BONDS created through the Judicial process in Plaintiff Kocaks name under his case number SCD110465. The Executive Officer of the Court is responsible for creating: "BID BONDS, PERFORMANCE BONDS, AND SURETY BONDS ILLEGALLY IN PLAINTIFF KOCAKS NAME WITHOUT HIS CONSENT.
   b. These representations were in fact false. The truth was   [ ] as stated in Attachment FR-2.b  [XX] as follows:
The Defendants Office illegally formed Bonds that conducted Business in Plaintiffs name without Plaintiff Consent and or Disclosure given in violation of Civil Code 1572.2;U.S. Code 1028 (a)(1)(2) and Title 15 Commerce and Trade section 781 registration requirements for securities section (a)(b)(1)(a). Defendant was complicit in the SCHEME that resulted in perpetrating a fraud upon Plaintiff Kocak.

   c. When defendant made the representations,
      [X] defendant knew they were false, **or**
      [X] defendant had no reasonable ground for believing the representations were true.

   d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [X] Concealment
   a. Defendant concealed or suppressed material facts      [ ] as stated in Attachment FR-3.a   [XX] as follows:
DEFENDANTS NEVER INFORMED PLAINTIFF OF THEIR INTENT TO CREATE BONDS IN NAME AND DID NOT SEEK PLAINTIFFS CONSENT OR GIVE DISCLOSURE .

   b. Defendant concealed or suppressed material facts
      [XX] defendant was bound to disclose.
      [XX] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

   c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page   1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

CAUSE OF ACTION—Fraud

Page 1 of 2
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

-FIRST AMENDED COMPLAINT-

| | | PLD-PI-001(2) |
|---|---|---|
| SHORT TITLE: JOHN IVAN KOCAK    V.<br>PETER C. DEDDEH et al. | CASE NUMBER: 37-2019-000487<br>81-CU-SL-CTL | |

_____-2-_____          CAUSE OF ACTION—General Negligence       Page   -1-
    (number)

ATTACHMENT TO  [X] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* John Ivan Kocak

   alleges that defendant *(name):* Peter C. Deddeh

   [X] Does    1    to    10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):* 2-5-1995
at *(place):* San Diego Superior Court

*(description of reasons for liability):* Peter C. Deddeh as Presiding Judge of San Diego
County Superior Court is sued in his <u>Official Capacity</u> in that he
represents the OFFICE OF PRESIDING JUDGE which is responsible for the
formation of JUDICIAL BONDS created through his office.  The OFFICE
of the PRESIDING JUDGE of San Diego County Superior Court failed to
ask for Plaintiff Kocaks consent to form a Bond in his name by filing
his Abstract of Judgment with a Public Office to creat a Lien which
was never disclosed to Plaintiff Kocak at any time.  The Office of
the Presiding Judge of San Diego County at the time of Mr. Kocaks
arrest, trial and incarceration formed BID BONDS, PERFORMANCE BONDS,
SURETY BONDS which was sold to PACIFIC INVESTMENT MANAGEMENT COMPANY
(PIMCO) all without Plaintiff Kocaks consent.  Peter C. Deddeh as
current Presiding Judge of San Diego County is sued in his Official
Capacity as he is responsible for the Office of Presiding Judge which
has violated Mr. Kocaks rights under California Law governing Bond
formation requirements and registered Securities.  Bonds are contracts
and contract law stipulates that for a contract to be VALID (2) parties
must both enter into agreement.  Plaintiff never agreed to the formation
of the Bond in question and never consented at any time for San Diego
County Judicial Courts to creat Bonds in his name or conduct Judicial
Business in his name.  Plaintiff Kocak was entitled to automatic
disclosure pursuant to FRCP 26(a).
Plaintiff Kocaks  Due Process RIGHTS secured by the California
Constitution were violated.  Plaintiff prosecutes this action per Civil
Code 52.1 and Civil Code 52 for damages,injunctive relief and other
appropriate equitable relief to protect the peaceable and enjoyment
of the RIGHTS secured, including appropriate eqitable and declaratory
relief to eliminate a PATTERN/PRACTICE OF CONDUCT by the Judicial
Office of the Presiding Judge of San Diego County by forming ILLEGAL
BONDS in the Defendants names ILLEGALLY WITHOUT THEIR CONSENT TO DO SO.

(CONTINUATION ON PAGE 2)

-FIRST AMENDED COMPLAINT-

CAUSE OF ACTION--GENERAL NEGLIGENCE CONTINUATION

PAGE: 2

　　　　Plaintiff will submit evidence that is indisputable inwhich will prove that the Defendants OFFICE has engaged in SECURITIES FRAUD by ILLEGALLY FORMING BONDS in Plaintiffs name without consent to do so IMPLIED or OTHERWISE.  The Defendants Office never provides disclosure of any kind but engages in a pattern of MISREPRESENTATION/CONCEALMENT of the creation of Bonds in violation of the Securities Act of 1933 11, 12(a)(2) and 15.

　　　　Defendant Deddeh does not qualify for immunity under Civil Code 52.1 (a)(b) and Civil Code 52.  Judges do not have ABSOLUTE IMMUNITY if they act in the "clear absence of all Jurisdiction", or when they are in complete departure from their Judicial role.  Here, Plaintiff Kocak stipulates that the role the Presiding Office of San Diego County Superior Court played in creating Bonds and conducting Judicial business in and through those Bonds creation violates Plaintiffs right through the Courts complete departure from their Judicial role.

　　　　Finally, Defendant Deddeh was complicit in a SCHEME that resulted in the perpetrating of a fraud on Plaintiff Kocak through the formation of Bonds illegally formed in Plaintiff Kocaks name without his knowledge, consent or disclosure.

-FIRST AMENDED COMPLAINT-

| | | PLD-C-001(3) |
|---|---|---|
| SHORT TITLE:<br>John Ivan Kocak          V.<br>Peter C. Deddeh et al. | CASE NUMBER: 37-2019-00048781-<br>CU-SL-CTL | |

-3-
(number)                    CAUSE OF ACTION—Fraud

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR-1. Plaintiff *(name)*:  John Ivan Kocak

alleges that defendant *(name)*: (PIMCO)Pacific Investment Management Company;
ATLANTIC FINANCIAL ;STATE FRANCHISE TAX OF CALIFORNIA.
on or about *(date)*: 12/31/2002          defrauded plaintiff as follows:

FR-2. [XX] Intentional or Negligent Misrepresentation

a. Defendant made representations of material fact   [ ] as stated in Attachment FR-2.a  [XX] as follows:

The Defendants listed above engaged in possibe criminal violations
by stealing Plaintiffs Idenity and creating a lucrative Corporate Bond
in Plaintiff Kocaks Name without informing him or seeking his consent.
The Defendants listed above never provided disclosure at any time to
Plaintiff Kocak but concealed from Plaintiff Kocak their formation
and/or creation of CORPORATE BOND CUSIP #72200Q869.  Corporate Law
both State and Federal demand for full disclosure and consent to be
given for such a contract to be valid and legal.  Defendants never did!

b. These representations were in fact false. The truth was   [ ] as stated in Attachment FR-2.b  [XX] as follows:

The Defendants are guilty of possible Civil RICO violations for
their engagement/creation of the Bond in Question. Defendants not
only are guilty of criminal illegal behaviour but also are guilty of
violating Plaintiffs Due Process Rights protected from such abuse by
the Constitution of both California but also the United States. All of
the defendants listed above were complicit in a scheme that resulted in
the perpetrating of a fraud upon Plaintiff by illegally formed Bond.

c. When defendant made the representations,
  [X] defendant knew they were false, or
  [X] defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described
in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed
they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [XX] Concealment

a. Defendant concealed or suppressed material facts   [ ] as stated in Attachment FR-3.a  [XX] as follows:
  (SEE FR-2 (a) above).

b. Defendant concealed or suppressed material facts
  [X] defendant was bound to disclose.
  [X] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed
  or suppressed facts.

c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act
as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed
facts and would not have taken the action if plaintiff had known the facts.

Page   3

-FIRST AMENDED COMPLAINT-

PLD-PI-001(2)

| SHORT TITLE: | John Ivan Kocak          v. | CASE NUMBER: 37-2019-00048781- |
|---|---|---|
|  | Peter C. Deddeh et al. | CU-SL-CTL |

| -4- | CAUSE OF ACTION—General Negligence | Page 1 |
|---|---|---|
| (number) | | |

ATTACHMENT TO  [XX] Complaint  [  ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* John Ivan Kocak

alleges that defendant *(name):* RALPH DIAZ Secretary; CDCR ENTITY DEFENDANT

[X] Does    1    to    10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* 12/01/1996

at *(place):* CDCR(California Department of Corrections & Rehabilitation Reception Center.
*(description of reasons for liability):*

Ralph Diaz as Secretary Of CDCR is sued in His Official Capacity only as a representative of an OFFICE that filed/maintains a lien/Bond in Plaintiff Kocaks name. Upon reception of Plaintiff into the California Department Of Corrections and Rehabilitation a Judicial Abstract of Judgment was filed with CDCR which created a lien on Plaintiff Kocak. CDCR is guilty of partaking of the CREATION of and ILLEGAL PROFITTING FROM CORPORATE BOND CUSIP # 72200Q869. Taxes have been filed in Plaintiffs name illegally from the profits of the above named Bond of the which Plaintiff demands a full accounting. Plaintiff is suing for his right to take possession of the bond in question and to be fully compensated for all dividends earned from the inception and bond undertaking to the present date of December of 2019.

Plaintiff Kocaks Due Process Rights secured both by the California Constitution and the U.S. Constitution were violated by the Defendants listed herein. Plaintiff prosecutes this action per Civil Code 52.1 and Civil Code 52 for damages and injunctive relief and other appropriate equitable relief to protect the peaceable and enjoyment of the rights secured, including appropriate eqitable and declaratory relief to eliminate a PATTERN/PRACTICE of conduct by the Department of Corrections Officials of forming ILLEGAL BONDS in the Defendants names without Consent to do so.

The Defendant listed above voids all Immunitiy do to the illegal conduct involved. Secretary Diaz was complicit in the "SCHEME" that resulted in perpetrating a fraud upon Plaintiff Kocak by stealing his identity and illegally forming a very lucrative Corporate Bond in his name without his knowledge, consent and/or disclosure which is a violation of the Securities Act.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001.2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

-FIRST AMENDED COMPLAINT-

MC-030

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):* <br> John Ivan Kocak <br> VSP-D1-8-2/K08836 <br> PO Box 96 <br> Chowchilla, Ca 93610 <br> TELEPHONE NO. N/A     FAX NO. *(Optional):* N/A <br> E-MAIL ADDRESS *(Optional):* N/A <br> ATTORNEY FOR *(Name):* In Pro Per | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: Santa Ana, Ca
CITY AND ZIP CODE: 92701
BRANCH NAME: CIVIL-"WITHIN THE ADMIRALTY"

PLAINTIFF/PETITIONER: John Ivan Kocak
DEFENDANT/RESPONDENT: Peter C. Deddeh et al.

| DECLARATION | CASE NUMBER: 37-2019-000487 <br> 81-CU-SL-CTL |
|---|---|

     I, John Ivan Kocak, here after known as Plaintiff declare:
I was never given disclosure by any of the Defendants as to the formation of the attached Corporate Bond by any State or Federal Officials. I never CONSENTED to the Bonds formation. I withdraw any and all "IMPLIED" consent to the Corporate Bond CUSIP #7220OQ869 and hereby DEMAND the Defendats listed herein turn over to Plaintiff the above named Corporate Bond. Plaintiff declares that all of the defendants listed in this suit were complicit in a SCHEME that resulted in perpetrating a fraud upon Plaintiff Kocak by stealing his identity and creating a lucrative Bond in his name without his knowledge, consent and or disclosure in direct violation of registration requirements for bonds as well as Securities Act violations.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/15/2019

| John Ivan Kocak | | |
|---|---|---|
| (TYPE OR PRINT NAME) | | (SIGNATURE OF DECLARANT) |

☐ Attorney for ☒ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☒ Other *(Specify):* IN PRO PER

FIRST AMENDED COMPLAINT
CASE No. 37-2019-00048781-CU-SL-CTL
CASE NAME: JOHN IVAN KOCAK v. PETER C. DEDDEH et al.

Description of this Exhibit:  PIMCO CORPORATE BOND DOCUMENTS
AND DISCLOSURES.

# EXHIBIT

# A

## Your CUSIP Results are as follows:

**JOHN KOCAK (CC SCD-110465)**
**PIMCO Low Duration Fund/United States**
Symbol:                     PLDRX
CUSIP:                      72200Q869

Inception Date:          12/31/2002
Net Assets:               $7.681.167.000.00 as of
                          4/30/2019
Portfolio Assets:        $7.681.167.000.00 as of
                          4/30/2019

### A little about the Fund:

PIMCO Low Duration Fund seeks maximum total return. consistent with preservation of capital and prudent investment management by investing in investment grade fixed income instruments with average maturities from one to three years.



  
| Fund Family | Fund Name | CUSIP | Ticker | Front End Load | CDSC | 12b-1 Fees | Gross Expense Ratio | Redemption Fee | Buy/Sell Eligible |
|---|---|---|---|---|---|---|---|---|---|
| PIMCO | PIMCO Long-Term Real Return Fund Class I-2 | 72201W816 | PRTPX | | | | 1.37000 | | SELL ONLY |
| PIMCO | PIMCO Long-Term Real Return Fund Institutional Class | 72200Q505 | PRAIX | | | | 1.27000 | | SELL ONLY |
| PIMCO | PIMCO Long-Term U.S. Government Fund Administrative Class | 693390775 | PLGBX | | | .25 | 1.21500 | | SELL ONLY |
| PIMCO | PIMCO Long-Term U.S. Government Fund Class A | 693391187 | PFGAX | 3.75 | | .25 | 1.31500 | | BUY,SELL |
| PIMCO | PIMCO Long-Term U.S. Government Fund Class C | 693391203 | PFGCX | | 1.00 | 1.00 | 2.06500 | | BUY,SELL |
| PIMCO | PIMCO Long-Term U.S. Government Fund Class I-2 | 72201M677 | PLTPX | | | | 1.06500 | | SELL ONLY |
| PIMCO | PIMCO Long-Term U.S. Government Fund Institutional Class | 693390205 | PGOVX | | | | 0.96500 | | SELL ONLY |
| PIMCO | PIMCO Low Duration ESG Fund Class I-2 | 72201W824 | PLUPX | | | | 0.62000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration ESG Fund Institutional Class | 693390858 | PLDIX | | | | 0.52000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Fund Administrative Class | 693390767 | PLDAX | | | .25 | 0.96000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Fund Class A | 693390411 | PTLAX | 2.25 | | .25 | 1.00000 | | BUY,SELL |
| PIMCO | PIMCO Low Duration Fund Class C | 693390387 | PTLCX | | 1.00 | .55 | 1.35000 | | BUY,SELL |
| PIMCO | PIMCO Low Duration Fund Class I-2 | 72201M669 | PLDPX | | | | 0.81000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Fund Class R | 72200Q869 | PLDRX | | | .50 | 1.30000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Fund Institutional Class | 693390304 | PTLDX | | | | 0.71000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration II Fund Administrative Class | 693390668 | PDFAX | | | .25 | 0.79000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration II Fund Institutional Class | 693390791 | PLDTX | | | | 0.54000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Income Fund Class A | 722005162 | PFIAX | 2.25 | | .25 | 0.99000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Income Fund Class C | 722005154 | PFNCX | | 1.00 | .55 | 1.29000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Income Fund Class I-2 | 72201M792 | PFTPX | | | | 0.69000 | | SELL ONLY |

| Fund Family | Fund Name | CUSIP | Ticker | Front End Load | CDSC | 12b-1 Fees | Gross Expense Ratio | Redemption Fee | Buy/Sell Eligible |
|---|---|---|---|---|---|---|---|---|---|
| PIMCO | PIMCO Low Duration Income Fund Institutional Class | 722005170 | PFIIX | | | | 0.59000 | | SELL ONLY |
| PIMCO | PIMCO Moderate Duration Fund Class I-2 | 72201P233 | PMOPX | | | | 0.70000 | | SELL ONLY |
| PIMCO | PIMCO Moderate Duration Fund Institutional Class | 693390593 | PMDRX | | | | 0.60000 | | SELL ONLY |
| PIMCO | PIMCO Mortgage Opportunities and Bond Fund Class A | 72201U679 | PMZAX | 3.75 | | .25 | 1.77000 | | SELL ONLY |
| PIMCO | PIMCO Mortgage Opportunities and Bond Fund Class C | 72201U661 | PMZCX | | 1.00 | 1.00 | 2.52000 | | SELL ONLY |
| PIMCO | PIMCO Mortgage Opportunities and Bond Fund Class I-2 | 72201U646 | PMZPX | | | | 1.47000 | | SELL ONLY |
| PIMCO | PIMCO Mortgage Opportunities and Bond Fund Institutional Class | 72201U638 | PMZIX | | | | 1.37000 | | SELL ONLY |
| PIMCO | PIMCO Mortgage-Backed Securities Fund Class A | 693391526 | PMRAX | 3.75 | | .25 | 1.15000 | | BUY,SELL |
| PIMCO | PIMCO Mortgage-Backed Securities Fund Class C | 693391542 | PMRCX | | 1.00 | 1.00 | 1.90000 | | BUY,SELL |
| PIMCO | PIMCO Mortgage-Backed Securities Fund Class I-2 | 72201M651 | PMRPX | | | | 0.85000 | | SELL ONLY |
| PIMCO | PIMCO Mortgage-Backed Securities Fund Institutional Class | 693391500 | PTRIX | | | | 0.75000 | | SELL ONLY |
| PIMCO | PIMCO Multi-Strategy Alternative Fund Class A | 72202E799 | PXAAX | 3.75 | | .25 | 2.68000 | | SELL ONLY |
| PIMCO | PIMCO Multi-Strategy Alternative Fund Class I-2 | 72202E831 | PXAPX | | | | 2.38000 | | SELL ONLY |
| PIMCO | PIMCO Multi-Strategy Alternative Fund Institutional Class | 72202E849 | PXAIX | | | | 2.28000 | | SELL ONLY |
| PIMCO | PIMCO Municipal Bond Fund Class A | 693391617 | PMLAX | 2.25 | | .25 | 0.86000 | | BUY,SELL |
| PIMCO | PIMCO Municipal Bond Fund Class C | 693391633 | PMLCX | | 1.00 | .75 | 1.36000 | | BUY,SELL |
| PIMCO | PIMCO Municipal Bond Fund Class I-2 | 72201M644 | PMUPX | | | | 0.65000 | | SELL ONLY |
| PIMCO | PIMCO Municipal Bond Fund Institutional Class | 693391658 | PFMIX | | | | 0.55000 | | SELL ONLY |
| PIMCO | PIMCO National Intermediate Municipal Bond Fund Class A | 72201U307 | PMNTX | 2.25 | | .25 | 0.80000 | | BUY,SELL |
| PIMCO | PIMCO National Intermediate Municipal Bond Fund Class C | 72201U406 | PMNNX | | 1.00 | .75 | 1.30000 | | BUY,SELL |

# PIMCO

Extended Duration Fund

| Performance (net of fees) | 10 yrs. | 5 yrs. | 3 yrs. | 1 yr. | 6 mos. | 3 mos. |
|---|---|---|---|---|---|---|
| PIMCO Fund (%) | 9.43 | 4.91 | 3.53 | 13.81 | 4.64 | 4.37 |
| Benchmark (%) | 8.97 | 5.13 | 3.58 | 13.52 | 5.15 | 4.40 |

*Performance quoted represents past performance. Past performance is not a guarantee or a reliable indicator of future results. Investment return and the principal value of an investment will fluctuate. Shares may be worth more or less than their original cost when redeemed. Current performance may be lower or higher than performance shown. For performance current to the most recent month-end, visit PIMCO.com or by calling 888.87.PIMCO.*

Differences in the Fund's performance versus the index and related attribution information with respect to particular categories of securities or individual positions may be attributable, in part, to differences in the pricing methodologies used by the Fund and the index. There is no assurance that any fund, including any fund that has experienced **high or unusual performance** for one or more periods, will experience similar levels of performance in the future. High performance is defined as a significant increase in either 1) a fund's total return in excess of that of the fund's benchmark between reporting periods or 2) a fund's total return in excess of the fund's historical returns between reporting periods. Unusual performance is defined as a significant change in a fund's performance as compared to one or more previous reporting periods.

| Lipper rankings¹ (Corporate Debt Funds BBB-Rated Funds) | 10 yrs. | 5 yrs. | 3 yrs. | 1 yr. |
|---|---|---|---|---|
| Fund rank | 1 | 11 | 96 | 1 |
| Number of funds | 111 | 177 | 205 | 260 |
| Quartile | 1 | 1 | 2 | 1 |

* Based on total return performance, with distributions reinvested, and operating expenses deducted..

Investors should consider the investment objectives, risks, charges and expenses of the funds carefully before investing.  This and other information are contained in the fund's prospectus and summary prospectus, if available, which may be obtained by contacting your PIMCO representative.  Please read them carefully before you invest or send money.

¹ Includes U.S. Treasury notes, bonds, futures, and inflation-protected securities ² Includes U.S. agencies, FDIC-guaranteed and government-guaranteed corporate securities, and supranationals ³ Includes U.S. dollar denominated interest rate swaps, swaptions, options, and other rate related derivatives. Other portfolio derivatives, where applicable, may be included as part of other sectors based upon their underlying risk characteristics. ⁴ Short Duration Instruments includes an emerging market security or other instrument economically tied to an emerging market country by country of risk with an effective duration less than one year and rated investment grade or higher or if unrated, determined to be similar quality by PIMCO. Includes the value of short duration emerging markets instruments previously reported in "Cash Equivalents". ⁵ Other may include convertibles, preferreds, and yankee bonds ⁶ Net Other Short Duration Instruments includes securities and other instruments (except those instruments tied to emerging markets by country of risk) with an effective duration less than one year and rated investment grade or higher or, if unrated, determined by PIMCO to be of comparable quality, commingled liquidity funds, uninvested cash, interest receivables, net unsettled trades, broker money, short duration derivatives and derivatives offsets. With respect to certain categories of short duration securities, the Adviser reserves the discretion to require a minimum credit rating higher than investment grade for inclusion in this category. Derivative Offsets includes offsets associated with investments in futures, swaps and other derivatives. Such offsets may be taken at the notional value of the derivative position.

Interest expense results from the Fund's use of certain investments such as tender option bond floating rate certificates. Such expense is required to be treated as a Fund expense for accounting purposes and is not payable to Pacific Investment Management Company LLC ("PIMCO"). Any interest expense amount will vary based on the Fund's use of those investments as an investment strategy best suited to seek the objective of the Fund. Total Annual Fund Operating Expenses After Fee Waiver and/or Expense Reimbursement excluding interest expense is 0.50% Institutional Class.

M/% may not equal 100 due to rounding.

Performance reflects changes in share price, reinvestment of dividends and capital gains distributions. All periods longer than one year are annualized.

Effective duration is the duration for a bond with an embedded option when the value is calculated to include the expected change in cash flow caused by the option as interest rates change. Gov't Related may include nominal and inflation-protected Treasuries, agencies, interest rate swaps, Treasury futures and options, and FDIC-guaranteed corporate securities.

Investments made by a Fund and the results achieved by a Fund are not expected to be the same as those made by any other PIMCO-advised Fund, including those with a similar name, investment objective or policies. A new or smaller Fund's performance may not represent how the Fund is expected to or may perform in the long-term. New Funds have limited operating histories for investors to evaluate and new and smaller Funds may not attract sufficient assets to achieve investment and trading efficiencies. A Fund may be forced to sell a comparatively large portion of its portfolio to meet significant shareholder redemptions for cash, or hold a comparatively large portion of its portfolio in cash due to significant share purchases for cash, in each case when the Fund otherwise would not seek to do so, which may adversely affect performance.

**A word about risk:** Investing in **foreign denominated and/or domiciled securities** may involve heightened risk due to currency fluctuations, and economic and political risks, which may be enhanced in emerging markets. **Mortgage and asset-backed securities** may be sensitive to changes in interest rates, subject to early repayment risk, and their value may fluctuate in response to the market's perception of issuer creditworthiness; while generally supported by some form of government or private guarantee there is no assurance that private guarantors will meet their obligations. **High-yield,** lower-rated, securities involve greater risk than higher-rated securities; portfolios that invest in them may be subject to greater levels of credit and liquidity risk than portfolios that do not. **Sovereign securities** are generally backed by the issuing government, obligations of U.S. Government agencies and authorities are supported by varying degrees but are generally not backed by the full faith of the U.S. Government; portfolios that invest in such securities are not guaranteed and will fluctuate in value. **Derivatives** may involve certain costs and risks such as liquidity, interest rate, market, credit, management and the risk that a position could not be closed when most advantageous. Investing in derivatives could lose more than the amount invested. **Diversification** does not ensure against loss.

The value of most bond funds and fixed income securities are impacted by **changes in interest rates**. Bonds and bond funds with longer durations tend to be more sensitive and more volatile than securities with shorter durations; bond prices generally fall as interest rates rise.

Past rankings are no guarantee of future rankings. Rankings begin with the inception of the actual share class. Lipper does not take into account sales charges.

The minimum initial investment for institutional class shares is $1 million; however, it may be modified for certain financial intermediaries who submit trades on behalf of eligible investors.

No part of this material may be reproduced in any form, or referred to in any other publication, without express written permission. PIMCO is a trademark of Allianz Asset Management of America L.P. in the United States and throughout the world. © 2018, PIMCO. **PIMCO Investments**

## BASIC FACTS

| | |
|---|---|
| Total annual operating expenses | 0.68% |
| Dividend frequency | Daily accrual |

## PERFORMANCE CHARACTERISTICS

| | |
|---|---|
| SEC 30-day yield (%) | 2.74% |

## ABOUT THE BENCHMARK

Citi STRIPS Index, 20+ Year Sub-Index represents a composition of outstanding Treasury Bond and Notes with a maturity of at least twenty years. The index is rebalanced each month in accordance with underlying Treasury figures and profiles provided as of the previous month- end. The included STRIPS are derived only from bonds in the Citi U.S. Treasury Bond Index, which include coupon strips with less than one year remaining to maturity.

## ABOUT PIMCO

PIMCO is a leading global investment management firm, with offices in 11 countries throughout the Americas, Europe and Asia. Founded in 1971, PIMCO offers a wide range of innovative solutions to help millions of investors worldwide meet their needs. Our goal is to provide attractive returns while maintaining a strong culture of risk management and long-term discipline. PIMCO is owned by Allianz S.E., a leading global diversified financial services provider.

FOR MORE INFORMATION, CALL YOUR PIMCO REPRESENTATIVE AT 888.87.PIMCO.

VISIT OUR WEBSITE FOR A FULL MENU OF PRODUCTS AND SERVICES AT PIMCO.COM.

# PIMCO

*As of 31 December 2017*
PIMCO Funds: Government

# Extended Duration Fund

| | |
|---|---|
| CLASS: | INSTITUTIONAL |
| FUND INCEPTION DATE: | 31 AUGUST 2006 |
| TICKER: | PEDIX |
| CUSIP: | 72201F599 |
| TOTAL NET ASSETS (IN MILLIONS): | $1,351.2 |

**PORTFOLIO MANAGERS**

Michael Cudzil, Stephen Rodosky, Josh Thimons

**FUND STATISTICS**

| | |
|---|---|
| Effective duration (yrs) | 24.89 |
| Effective maturity (yrs) | 25.74 |

**SECTOR DIVERSIFICATION (%)**

| | Market value weighted |
|---|---|
| US Government – Treasury [1] | 87.5 |
| US Government – Agency [2] | 1.6 |
| Swaps and Liquid Rates [3] | -41.2 |
| Mortgage | 2.0 |
| Invest. Grade Credit | 1.5 |
| High Yield Credit | 0.0 |
| Non-USD Developed | -0.8 |
| Emerging Markets | 2.7 |
| Bonds and Other Long Duration Instruments | 1.5 |
| Short Duration Instruments [4] | 1.2 |
| Municipal | 0.0 |
| Other [5] | 2.0 |
| Net Other Short Duration Instruments [4] | 44.7 |

## Fund description

The Extended Duration Fund is an actively managed, targeted portfolio with concentrated exposure to the very long end of the yield curve. This fund seeks to maximize current income and capital appreciation while maintaining exposure consistent with its benchmark. The fund maintains duration within three years of the Citigroup Strips Index 20-plus Year Sub-Index.

**INVESTOR BENEFITS**

This fund offers investors an efficient strategy to match the interest rate sensitivity of their assets and long-term liabilities.

Potential benefits of this fund include:

- Enhanced matching between assets and long-term interest-rate-sensitive liabilities
- Portfolio diversification, income and capital gains potential through active management focused on total return
- Focus on maintaining and increasing the purchasing power of investors retirement funds in all interest rate environments
- Utilizes a broad opportunity set of fixed-income securities

**THE FUND ADVANTAGE**

PIMCO combines its 37 years of investing with a total return philosophy and 20 years of experience managing long duration bonds. The fund takes a diversified approach to enhancing long-term bond returns by expanding investments beyond government bonds to include the entire global fixed-income opportunity set in the 20-plus year duration space. The fund actively manages duration and yield-curve positioning, takes small exposures to non-benchmark sectors, and targets long-term structural premiums in the bond market. This diversified approach seeks to provide greater duration in order to hedge interest rate risk.

**VALUE OF CORE FIXED INCOME STRATEGIES**

An allocation to PIMCO's fixed-income strategies may be beneficial as a core part of a balanced portfolio. Bonds can provide a steady source of income and, as part of a total-return strategy, potentially produce capital gains as well. An allocation to a PIMCO fixed-income strategy in a portfolio also can offer diversification and serve as a hedge against volatility and risks in other asset classes, particularly in times of economic uncertainty or deflation.



ATLANTIC FINANCIAL  Client Login

Home | About us | Contact us | Global Investing | Services

Search Our Site

[ ] Search

○ Google ● Site

**Information for a changing world**
For economic, globalization and wealth management news visit The Fenton Report.
Fenton Report Global News Blog....

**IRA / 401k Rollovers**
If you have an IRA or 401k at a bank, broker, financial consultant or former employer, we can help.
:IRA and 401k Rollovers........

**Wealth Management**

**Atlantic Financial Home Page**

**About Atlantic Financial Inc.**
History and Information
Current Clients | History | Careers | News

**Financial Services**
What we do
Money Management | Economic Consulting & Strategic Services | Bonds | College Planning | Financial Planning

**Global Investing Services**
International Investments | Emerging Markets Investing

**Investing information**

**Site Map**

**Contact Us**

**Open an Account**
IRA Rollover - New Account Application | Account Transfers

**Individual Investments**

**Financial Education**
Roth IRA | Managed Accounts | Retirement Savings Plans | Investment Management Firms

**Wealth Management**
Investment Strategy
Investing

**Mutual Funds**
Mutual Fund Center | Goldman Sachs Mutual Funds | Fidelity Investments | Broker of Record | Mutual Fund Wrap Accounts

**Retirement Planning**
IRA - Individual Retirement Account (IRA) | Rollover - IRA and 401k

**Site Map**

**Corporate Services**

**Corporate Investors**
401k ERISA | Investment Management
Information **401k Plans: Corporate and Individual**
401k Plan Fiduciary Responsibilities | 401k Plans

**Thank you for visiting**

Please also visit
Recommended Websites

---

ATLANTIC FINANCIAL

home | login | sitemap | contact us

MUTUAL FUND CENTER

Company | Individual Services | Corporate Services | Financial Planning | Features | Open a New Account

**Mutual Funds Available to Clients of Atlantic Financial**
# PIMCO Funds (Part 2)

**Do you have Questions?**
Ask Atlantic Financial

**Services**
A variety of s
investors. Co

**Global**
A focus on u
world and ho
you.

| FUND NAME | CUSIP | SYMBOL | OBJECTIVE |
|---|---|---|---|
| PIMCO COMMODITY REAL RET STRAT ADMIN CL | CUSIP 722005659 | SYMBOL PCRRX | Growth |
| PIMCO COMMODITY REAL RETURN INST | CUSIP 722005667 | SYMBOL PCRIX | Growth |
| PIMCO CONVERTIBLE BOND INSTL | CUSIP 693391831 | SYMBOL PFCIX | Convertible Bond |
| PIMCO DEV LOCAL MKTS FD INST | CUSIP 72201F409 | SYMBOL PLMIX | |
| PIMCO DIVERSIFIED INCOME FUND INSTL | CUSIP 693391880 | SYMBOL PDIIX | Growth & Inc |
| PIMCO EMERGING MARKETS BOND ADMIN | CUSIP 693391575 | SYMBOL PEBAX | Worldwide Bond |
| PIMCO EMERGING MARKETS BOND INSTL | CUSIP 693391559 | SYMBOL PEBIX | Worldwide Bond |
| PIMCO FIXED INCOME SHS SERIES C INSTL | CUSIP 337946107 | SYMBOL FXICX | |
| PIMCO FIXED INCOME SHS SERIES M INSTL | CUSIP 337946206 | SYMBOL FXIMX | |
| PIMCO FLOATING INCOME INSTITUTIONAL | CUSIP 722005170 | SYMBOL PFIIX | |
| PIMCO FOREIGN ADMINISTRATIVE SHS | CUSIP 693390692 | SYMBOL PFRAX | Worldwide Bond |
| PIMCO FOREIGN BD FD (UNHEDGED) ADM CL | CUSIP 72201F771 | SYMBOL PFUUX | |
| PIMCO FOREIGN BOND (US $-HEDGED) CL A | CUSIP 722000828 | SYMBOL PFRRX | Worldwide Bond |
| PIMCO FOREIGN BOND F D (UNHEDGED) INST CL | CUSIP 722005220 | SYMBOL PFUIX | Income |
| PIMCO FOREIGN INSTITUTIONAL SHS | CUSIP 693390882 | SYMBOL PFORX | Worldwide Bond |
| PIMCO FUNDMNTL INDEX PLUS INSTL CL SHS | CUSIP 72201F805 | SYMBOL PFPIX | |
| PIMCO FUNDMNTL INDEX PLUS TRUST INSTL SHS | CUSIP 72201F854 | SYMBOL PIXTX | |
| PIMCO GLOBAL ADMINISTRATIVE SHS | CUSIP 693390684 | SYMBOL PADMX | Worldwide Bond |
| PIMCO GLOBAL BD US $ HEDGED ADM CL | CUSIP 693390775 | SYMBOL PGDAX | Worldwide Bond |
| PIMCO GLOBAL BOND II INSTL | CUSIP 693390130 | SYMBOL PGBIX | Worldwide Bond |
| PIMCO GLOBAL INSTL CLASS | CUSIP 693390874 | SYMBOL PIGLX | Worldwide Bond |
| PIMCO GNMA INSTL | CUSIP 693391450 | SYMBOL PDMIX | Government Bond |
| PIMCO HIGH YIELD ADMINISTRATIVE SHS | CUSIP 693390650 | SYMBOL PHYAX | Corporate Bond |
| PIMCO HIGH YIELD CLASS R | CUSIP 72200Q794 | SYMBOL PHYRX | Corporate Bond |
| PIMCO HIGH YIELD INSTL | CUSIP 693390841 | SYMBOL PHIYX | Corporate Bond |
| PIMCO HIGH YIELD MUNI BD INSTL CL | CUSIP 72201F672 | SYMBOL PHMIX | |
| PIMCO INTL STKS PLUS TR STRAT INSTL CL | CUSIP 72200Q380 | SYMBOL PISIX | World Stock |
| PIMCO INV GRADE CORP BOND INSTL | CUSIP 722005816 | SYMBOL PIGIX | Corporate Bond |
| PIMCO JAP SK PLUS TR STRATEGY INSTL CL | CUSIP 72200Q323 | SYMBOL PJSIX | Foreign Stock |
| PIMCO LONG TERM US GOVT ADMINISTRATIVE | CUSIP 693390775 | SYMBOL PLGBX | Government Bond |
| PIMCO LONG TERM US GOVT INSTL | CUSIP 693390205 | SYMBOL PGOVX | Government Bond |
| PIMCO LOW DURATION ADMINISTRATIVE SHS | CUSIP 693390767 | SYMBOL PLDAX | Corporate Bond |
| PIMCO LOW DURATION FUND CLASS R | CUSIP 72200Q869 | SYMBOL PLDRX | Corporate Bond |
| PIMCO LOW DURATION II ADMINISTRATIVE | CUSIP 693390668 | SYMBOL PDFAX | Corporate Bond |
| PIMCO LOW DURATION II INSTL | CUSIP 693390791 | SYMBOL PLDTX | Corporate Bond |
| PIMCO LOW DURATION III INSTL | CUSIP 693390858 | SYMBOL PLDIX | Corporate Bond |
| PIMCO LOW DURATION INSTITUTIONAL | CUSIP 693390304 | SYMBOL PTLDX | Corporate Bond |
| PIMCO MODERATE DURATION INSTL | CUSIP 693390593 | SYMBOL PMDRX | Corporate Bond |
| PIMCO MUNICIPAL BOND ADMIN SHS | CUSIP 693391641 | SYMBOL PMNAX | Municipal Bond |
| PIMCO MUNICIPAL BOND INSTITUTIONAL | CUSIP 693391658 | SYMBOL PFMIX | Municipal Bond |
| PIMCO NY MUNI BOND INSTITUTIONAL | CUSIP 693389710 | SYMBOL PNYIX | Municipal Bond |
| PIMCO REAL RETURN ADMINISTRATIVE CLASS | CUSIP 693391112 | SYMBOL PARRX | Government Bond |
| PIMCO REAL RETURN ASSET INSTL | CUSIP 72200Q505 | SYMBOL PRAIX | Growth & Inc |
| PIMCO REAL RETURN FUND CLASS R | CUSIP 693391104 | SYMBOL PRRIX | Government Bond |
| PIMCO REAL RETURN FUND CLASS R | CUSIP 72200Q760 | SYMBOL PRRRX | Government Bond |
| PIMCO REAL RETURN STRAT INSTL CLASS | CUSIP 72200Q257 | SYMBOL PRRSX | Real Estate |
| PIMCO SHORT DURATION MUNI INSTITUTIONAL | CUSIP 693389827 | SYMBOL PSDIX | Municipal Bond |
| PIMCO SHORT TERM ADMINISTRATIVE SHS | CUSIP 693390734 | SYMBOL PSFAX | Corporate Bond |
| PIMCO SHORT TERM CLASS R | CUSIP 72200Q877 | SYMBOL PTSRX | Corporate Bond |
| PIMCO SHORT TERM INSTITUTIONAL | CUSIP 693390601 | SYMBOL PTSHX | Corporate Bond |
| PIMCO STOCK PLUS FUND CL R | CUSIP 72200Q729 | SYMBOL PSPRX | Growth & Inc |
| PIMCO STOCK PLUS TOTAL RETURN CL I | CUSIP 722005642 | SYMBOL PSPTX | Growth & Inc |
| PIMCO STOCKPLUS TR SHORT STRTGY INSTCL | CUSIP 693390486 | SYMBOL PSTIX | Asset Allocation |
| PIMCO STOCKS PLUS ADMINISTRATIVE SHS | CUSIP 693390759 | SYMBOL PPLAX | Growth & Inc |
| PIMCO STOCKS PLUS INSTL CLASS | CUSIP 693390403 | SYMBOL PSTKX | Growth & Inc |
| PIMCO TOTAL RETURN ADMINISTRATIVE SHS | CUSIP 693390726 | SYMBOL PTRAX | Corporate Bond |

| | | | |
|---|---|---|---|
| PIMCO TOTAL RETURN FUND CLASS R | CUSIP 72200Q851 | SYMBOL PTRRX | Corporate Bond |
| PIMCO TOTAL RETURN II ADMINISTRATIVE | CUSIP 693390544 | SYMBOL PRADX | Corporate Bond |
| PIMCO TOTAL RETURN II INSTL | CUSIP 693390551 | SYMBOL PMBIX | Corporate Bond |
| PIMCO TOTAL RETURN III ADMINISTRATIVE | CUSIP 693390627 | SYMBOL PRFAX | Corporate Bond |
| PIMCO TOTAL RETURN III INSTL | CUSIP 693390866 | SYMBOL PTSAX | Corporate Bond |
| PIMCO TOTAL RETURN INSTL | CUSIP 693390700 | SYMBOL PTTRX | Corporate Bond |
| PIMCO TOTAL RETURN MORTGAGE ADM CL | CUSIP 693391518 | SYMBOL PMTAX | Government Bond |
| PIMCO TOTAL RETURN MORTGAGE CL I | CUSIP 693391900 | SYMBOL PTRIX | Government Bond |

Note: Mutual Fund availability subject to change.
Please contact Atlantic Financial for more information.

## Contact Atlantic Financial

For more information, or to have us answer any questions you may have, email Atlantic Financial, or use this short form to contact us:

### Financial Planning and Investment Services

Atlantic Financial has been serving clients on the Internet since 1994 and enjoys a solid reputation for service, selection and value. We can review your financial plan, assist with your 401k Rollover or IRA Rollover and answer your retirement questions.

Please remember that education is the first step you can take to meet your financial goals. To learn more, visit the Atlantic Financial Dictionary and subscribe to the Atlantic Financial Investment Word.

Thank you for visiting our website

### Wealth Management Tools

| Individual Services | Corporate Services | About Us |
|---|---|---|
| IRA Rollover  401k Rollover | 401k Plan  401k Transfer | Contact Us |
| IRA  IRA Roth | Institutional Services | Company |
| Managed Account | Money Management | Commissions Services |
| College Savings | Mutual Funds | Employment |
| Request a Financial Plan | SEP Plan | Links |

Atlantic Financial, Inc.

Mutual Fund Center and affiliated websites do not offer brokerage or investment advisory services.
Content provided for informational purposes only.

Powered by
FDVT

© Copyright 1994-2011, Atlantic Financial Inc. All rights reserved.
For more information please contact us

Powered by FDVT, Solutions

Copyright © 1994-2015 Atlantic Financial – AF Asset Management Corp.  All Rights reserved.
AF Asset Management Corp. is a Registered Investment Advisor located in Massachusetts using the trade name Atlantic Financial.  Atlantic Financial / AF Asset Management is not affiliated with a broker dealer and does not provide brokerage services.  Please read our form ADV as well as appropriate memorandums and prospectuses before investing.



SIPC Consumer Website
www.sipc.org
or call (202)371-8300

BILL JONES
CALIFOR\ SECRETARY OF STATE

**BUSINESS PROGRAMS DIVISION**
INFORMATION RETRIEVAL/CERTIFICATION UNIT
1500 - 11th Street
Sacramento, California  95814
(916) 653-7315



## RE:   CORPORATION STATUS INQUIRY

Enclosed is a computer printout of corporate information in response to your recent request.

Information contained in the computer files is shown on the printout, and an explanation of the printout is on the reverse side of this page.

If the computer scrolls do not show the name for which you requested information, a printout of the scroll will be provided. An arrow near the center of the alpha scroll will identify where the name would be located if it were of record.  "No record" may be noted by the name as entered on the top of the scroll page.  If you require information on any of the other names on the scroll, you may request a printout for that name.  The fee is $4.00 for each name requested.

A copy of the filed statement of officers may be obtained for a fee of $5.00, uncertified, or $10.00, certified.

Information regarding related businesses of individual corporate entities is not required to be filed with this office, and subsidiaries of corporations are not identified as such in the records.  Copies of bylaws and names of shareholders or owners of corporations are not required to be filed in this office, and names of persons associated with corporations are not cross referenced by the name of the individual.

Telephone numbers of corporations and social security numbers for employees of corporations are not of record in this office.  Information concerning bankruptcies of corporations, or other businesses or individuals, is not available from this office.  Federal identification numbers, employer identification numbers and business licenses are not of record in this office.

Information regarding stock issuance, or the application for a permit to issue stock, is not filed in this office.  You may direct requests regarding these matters to the Department of Corporations, for such information as may be available from that agency.

For information concerning application to revive a suspended corporation to good standing, contact the Franchise Tax Board, Sacramento, CA, Attention:  Corporation Revivor Unit.

Fictitious business names, partnerships and sole proprietorships are registered with county clerk/recorder offices.  Limited Partnerships, and Limited Liability Companies are filed with the Limited Partnership Division, 1500 Eleventh Street, Sacramento, CA  95814.

This office does not have statutory, regulatory or investigative authority over corporate and noncorporate entities, nor is there information available in this office regarding a corporation's business practices.


INFORMATION RETRIEVAL/CERTIFICATION UNIT


STATUS.INQ
(7-96)

TAB 9 · 2 OF 3

STATUS ALPHA SCROLL                    15:05:33:

RE: THE PEOPLE  OF THE STATE OF CALIFORNIA      NO RECORD

_ C0711037 A
        PEOPLE OF PROGRESS INCORPORATED

_ C0832032 S
        PEOPLE OF PURPOSE

_ C1692558 A
        PEOPLE OF THE DAWN

_ C1471263 A
        PEOPLE OF THE EARTH FOUNDATION

_ C1552736 S
====>   PEOPLE OF THE WORLD

_ C1279454 S
        PEOPLE OF THE WORLD INC.

_ C0828934 S
        PEOPLE OF TWENTY

_ C2030535 A
        THE PEOPLE ON THE BUS

_ C1913272 A
        PEOPLE ORGANIZING TO DEMAND ENVIRONMENTAL RIGHTS

_ C0870324 S
        PEOPLE-ORIENTED PRODUCTS, INCORPORATED

             MARK WITH 'D' TO DISPLAY DETAIL INFORMATION
ENTR=NEXT SCREEN  PF2=PREV SCREEN  PF3=BACK TO WORKSCREEN  PF5=PHONET

JOHN IVAN KOCAK
VSP-D1-8-3/KO8836
PO Box 96
CHOWCHILLA, CA 93610
Plaintiff-IN PRO PER

Case No. 37-2019-00048781-CU-SL-CTL

EXHIBIT TO THE ABOVE REFERENCED CASE NO.

## CASE EXHIBIT

THE FOLLOWING PROCESS HAS A PRIMARY VALUE IN DEMONSTRATING HOW IT
APPLIES TO PLAINTIFFS CRIMINAL CASE IN REFERENCE TO HIS PRESENT CIVIL
SUIT.

## JUDICIAL SALE

When a person loses a Civil Suit, the Court may order the person to
make a payment to the winning party, i.e Judgment Creditor. If the
(Judgment Debtor) does not make a payment then an Execution of Judgment
may attach.  The Creditor procures a [WRIT OF EXECUTION] from the
Clerk of the Courts Office.  The Judge files the Writ of Execution
ordered to the Sheriff to take possession or seize the Debtors property
and sell it.  THIS IS A JUDICIAL SALE/SHERIFFS SALE.  After reimbursing
the costs of the Sheriffs Office in seizing the assets, selling it,
executing on it the remainder of the dividends are given to the
Creditor to satisfy the Judgment.  If the reciepts exceed expenses
and the Judgment the excess is generally transferred to the property
owner.  But, the excess is governed by Law and the type of Judgment.
A purchaser at a Judicial sale buys the rights that the seller (SHERIFF)
had to sell by Judicial Direction.  The "PURCHASER" is an "INDUSTRIAL
COMPLEX" under Contract by law to "WHEREHOUSE" tangible, in tangible
real property and that "COMPLEX" is managed by a Corporation and
divided shareholders.

## PLAINTIFF KOCAKS CRIMINAL PROCESS

1.  An arrest warrant is initiated by the San Diego County Prosecuting
    team through the San Diego County Police Department upon the
    Superior Courts Judge authorizing the arrest/attachment upon
    Defendant Kocak for certain offenses.

2.  Upon attachment, Defendant Kocak was prosecuted and convicted and
    deemed as a SURETY under Judgment Debtor.

3.  The Judge of San Diego County Superior Court handed down sentence
    upon Defendant Kocak and the Clerk of the Court Recorded an
    "ABSTRACT OF JUDGMENT AND A PRISON COMMITMENT"-Ordering the
    Judgment Debtor[PLAINTIFF KOCAK] to pay, in this case, PRISON

TIME AND RESTITUTION.  The Abstract/Prison Commitment is a Judicial Lien or Real Property of a PERSON [Code of Civil Procedure 674 section (c)(2)] who is not the Judgment Debtor otherwise it's the Defendant/ Surety as the "PROPERTY".

Those documents "Abstract/Prison Commitment" is then handed to the sheriff who transported Plaintiff Kocak Defendant/Property, Judgment Debtor to the custody of the custody of the WHEREHOUSE CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION (CDCR) who is the "PURCHASER" that has purchased the property rights and the reciepts are then "INVESTED" in by way of Secutities/Bonds that CDCR and their Shareholders pay and invest in the "DEBT SECURITY" that San Diego County Superior Court originated from the Abstract Money Judgment.  The Judicial Sale was to CDCR-California Department of Corrections & Rehabilitation where the San Diego County Sheriffs delivered the Judgment Debtors Property to be "WHEREHOUSED" thereby securing the Debt.

THIS LEADS TO HUMAN TRAFFICKING/TRAFFICKING IN SECURITIES!

Plaintiff Kocak was never told that he would be used under the Judgment Debtors Name as a Multiplying Investment Secutity Instrument.  The amount of restitution Plaintiff Kocak is imposed is .000001% of the TRUE DEBT SECURITY/BOND that the San Diego County Superior Court originally accrued.  However, that Debt Security/Bond was listed upon a set of [GENERAL SERVICE BOND CONTRACTS] which operated under to initiate the "INDUSTRIAL RELATIONS" with The California Department of Corrections & Rehabilitation, CDCR and other Shareholders, i.e Pacific Investment Management Company (PIMCO), Atlantic Financial.

The Contract/Bonds filed with the San Diego County Recorder in order to properly flucuate and balance the Debt Security which Plaintiff Kocaks Case No. SCD110465 created.  The Purchaser in this case is The California Department of Corrections & Rehabilitation who buys the rights to hold/possess the property.  The Penal Code violated and the Abstract Prison Commitment are the BONDED ACTIONS and the Execution/Writ literally becomes the "POSSESSORY RIGHTS" held by the "PURCHASER".  The Abstract of JUdgment is the "BILL OF LADING" (per se).  The Purchaser/Wherehouse [CDCR] then constructively became the "POSSESSOR" by Mortgage/Mechanics Lien i.e which the Abstract/Commitment is the created Judgment Lien against Plaintiff Kocak CCP 674.

This primarily boils down to:

1.  The San Diego County Superior Courts Sentence and "RECORDED" Abstract of Judgment/Commitment papers-Recorded by the Clerk of San Diego Superior Court which created a JUdgment Lien for a money Judgment.  The Sheriffs sale-handoff of Prisoner Kocak to CDCR generated the purchase and Debt Security investment which overall created the BOND to be underwritten and then invested in upon the Market by the purchasers and Shareholders where the management of the Original Debt is held under the CUSIP #722000869.  Plaintiff was only told he would be incarcerated for conviction/punishment.  It was never disclosed nor did Plaintiff ever consent to be

Pg.2

surety or be utilized as a TRANSMITTING UTILITY FOR MULTIPLE
INVESTMENTS OF PRIVATE GAIN AND UNJUST ENRICHMENT!

The Abstract and its Recorded Information appears under CCP674 and
697.410 to be the TRANSMITTING UTILITY/INITIAL-MONEY-JUDGMENT-ACTION
to be put up for sale and Encumberance of Possessory Rights to Title
of the Judgment Debtors property, i.e The BODY and ESTATE of Plaintiff
Kocak.

THESE ACTIONS CANNOT LEGALLY STAND WHERE UNAUTHORIZED LIQUIDATION
TOOK PLACE!

GOVERNMENT CODE 100 SAYS:
THE PEOPLE OF THE STATE OF CALIFORNIA BEING SOVERIGN SHALL PROSECUTE
CRIMINAL CRIMES-BUT-NO CODED REGULATION EXISTS TO SUPPORT THAT THE
PEOPLE CAN TRAFFIC IN SECURITIES FOR PRIVATE GAIN AND UNJUST ENRICHMENT
WHILE HOLDING (PRIVATES) POSSESSORY RIGHTS TO BE UNKNOWNINGLY ENCUMBERED
AND THEIR NAMES TO BE LIQUIDATED FOR ACCRUAL OF INTERESTS OF ASSETS!


[CONSTITUTIONAL LAW]---A State, by "IPSE DIXIT" may not transform
private property into public property without compensation, even
for the limited duration of the deposit in Court.
This is the very kind of thing that the "TAKINGS CLAUSE" of the
Fifth Amendment was meant to prevent U.S. Const. Amend V.   This
Clause stands as a SHIELD against the "ARBITRARY USE OF GOVERNMENTAL
POWER.

PROOF OF SERVICE BY MAIL
BY PERSON IN STATE CUSTODY
(Fed. R. Civ. P.5;28 U.S.C. 1746)


I, John Ivan Kocak, Declare:

I am over the age of eighteen and am a party of this action.  I am

a resident of Chowchilla prison, in the county of Madera in the

State of California.  My Prison address is: 21633 Ave 24 Chowchilla,

Ca 93610.

    On       2020, I served per the Mail Box Rule the following

attached Documents: First Amended Summons & Complaint



On the parties herein by placing true and correct copies thereof,

enclosed in a sealed envelope.  With postage therein fully paid in the

United States Mail in a deposit box so provided at the above-named

correctional institution in which I am presently confined.  The

envelope was addressed as follows:

James B. Gilpin                    JENNIFER STEEVE, ESQ.
Matthew L. Green                   Riley Safer Holmes & Cancila LLP
BEST BEST & KRIEGER LLP            100 Spectrum Center Drive, Suite 440
655 West Broadway, 15th Floor      Irivine, California 92618
San Diego, Ca 92101

XAVIER BECERRA, ESQ.
SYLVIE P. SNYDER, ESQ.
DEPT. OF JUSTICE, OFFICE OF
ATTORNEY GENERAL
600 W. Broadway, Suite 1800
San Diego, Ca 92101

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: 3/18/2020          SIGNED:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jennifer Steeve, Esq.
Riley Safer Holmes & Cancila, LLP
(Attorney At Law)
100 Spectrum Center Dr. Ste.440
Irvine, CA 92618

9590 9402 5250 9154 5582 34

2. Article Number (Transfer from service label)

7015 0640 0007 7444 8315

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt